**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 13-13361 (MFW) |
| In re:<br><br>EVERGREEN DEFENSE & SECURITY SERVICES, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 13-13362 (MFW) |
| In re:<br><br>EVERGREEN INTERNATIONAL AIRLINES, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 13-13363 (MFW) |
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 13-13364 (MFW) |
| In re:<br><br>EVERGREEN SYSTEMS LOGISTICS, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 13-13365 (MFW) |
| In re:<br><br>EVERGREEN TRADE, INC.,<br><br>            Debtor. | Chapter 7<br><br>Case No. 13-13366 (MFW) |

| | |
|---|---|
| In re:<br><br>SUPERTANKER SERVICES, INC.,<br><br>　　　　　　　　　Debtor. | Chapter 7<br><br>Case No. 13-13367 (MFW) |

**NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS, AND
DEMAND TO BE ADDED TO THE GENERAL SERVICE LIST/MAILING MATRIX**

　　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Pachulski Stang Ziehl & Jones LLP enters its appearance on behalf of Alfred T. Giuliano, Chapter 7 Trustee of the estates of the above-captioned debtors.  The undersigned request to be added to the mailing matrix and general service lists in this case, and request that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the following addresses:

> Bradford J. Sandler
> Peter J. Keane
> PACHULSKI STANG ZIEHL & JONES LLP
> 919 N. Market Street, 17th Floor
> Wilmington, DE  19801
> Telephone:  (302) 652-4100
> Facsimile:   (302) 652-4400
> Email:  bsandler@pszjlaw.com
> 　　　　　pkeane@pszjlaw.com

　　　　PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, all orders, notices, notices of hearings, applications, motions, petitions, pleadings, plans, requests, complaints or demands, whether formal or informal, whether written or oral, and whether served, transmitted, or conveyed by regular mail, electronic mail, hand delivery, telephone, facsimile or otherwise.

Dated:  January 7, 2014 PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bradford J. Sandler
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             pkeane@pszjlaw.com

[Proposed] Counsel to Alfred T. Giuliano, Chapter 7 Trustee