IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**EVERGREEN AVIATION GROUND LOGISTICS ENTERPRISE, INC.,**<br><br>Debtor. | In Bankruptcy No:<br><br>13-13361-MFW (Chapter 7)<br><br>Hearing Date: February 5, 2014, at 2:00 p.m.<br>Objection Deadline: January 29, 2014, at 4:00 p.m. |
| In re:<br><br>**EVERGREEN INTERNATIONAL AIRLINES, INC.,**<br><br>Debtor. | In Bankruptcy No:<br><br>13-13363-MFW (Chapter 7)<br><br>Hearing Date: February 5, 2014, at 2:00 p.m.<br>Objection Deadline: January 29, 2014, at 4:00 p.m. |
| In re:<br><br>**EVERGREEN INTERNATIONAL AVIATION, INC.,**<br><br>Debtor. | In Bankruptcy No:<br><br>13-13364-MFW (Chapter 7)<br><br>Hearing Date: February 5, 2014, at 2:00 p.m.<br>Objection Deadline: January 29, 2014, at 4:00 p.m. |

**EXHIBIT G TO MOTION OF GENERAL ELECTRIC CAPITAL CORPORATION, GC AIR, LLC, AND COLONIAL PACIFIC LEASING CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

Dated: January 23, 2014
       Wilmington, Delaware

Respectfully Submitted,

REED SMITH LLP

By: /s/ Brian M. Rostocki
    Brian M. Rostocki (No. 4599)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Phone: (302) 778-7500
    Facsimile: (302) 778-7575

    and

- 2 -

Aaron B. Chapin, Esquire
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
Phone: (312) 207-1000
Facsimile: (312) 207-6400

Counsel for General Electric Capital Corporation, GC Air, LLC, and Colonial Pacific Leasing Corporation