IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re : | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., : | Case No. 13-13364-(MFW) |
| Debtor. : | Re: Docket Nos. <u>37 & 38</u> |

**ORDER GRANTING MOTION TO SHORTEN NOTICE PERIOD WITH RESPECT TO MOTION FOR RELIEF FROM STAY TO TERMINATE <u>ADMINISTRATIVE SERVICES AGREEMENT</u>**

Upon the Motion (the "<u>Motion to Shorten</u>")[1] of UnitedHealthcare Insurance Company for an order shortening the notice period with respect to the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Shorten as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Court will consider the Motion at a hearing scheduled for February 26, 2014 at 2:00 p.m. (prevailing eastern time); and it is further

ORDERED that objections, if any, to the relief sought in the Motion may be raised on or before February 19, 2014 at 4:00 p.m. (prevailing eastern time); and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

{BAY:02442878v1}
3200524v1

2

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Jan. 31, 2014
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge