## Exhibit A

**Evergreen Aviation, Inc. & Subs**
**Cash Collateral Budget (2014)**

| | | | | Total | Month of Mar | Apr | May |
|---|---|---|---|---|---|---|---|
| **WAGES** | Management | [1] | $ 186,896 | | $ 110,563 | $ 76,333 | |
| | Accounting | [2] | 37,105 | | 37,105 | | |
| | Severanvce | | 210,383 | | | 210,383 | |
| | 119's | [3] | 34,509 | | 34,509 | | |
| | | | | $ 468,894 | 182,177 | 286,717 | - |
| **WAGE RELATED** | | | | | | | |
| | Emp Taxes | 12.50% | 58,612 | | 22,772 | 35,840 | |
| | Wages Per Court Order | | 600,000 | | 600,000 | | |
| | Payroll Processing | $150/wk | 1,450 | | 800 | 650 | |
| | W-2s for 2014 | | 1,500 | | | | 1,500 |
| | | | | $ 661,562 | 623,572 | 36,490 | 1,500 |
| **FACILITIES** | | | | | | | |
| | Rent | | 95,000 | | 57,000 | 19,000 | 19,000 |
| | EAGLE Locations | [5] | | | | | |
| | Heat Water Etc | Oregon Building [4] | 20,000 | | 10,000 | 5,000 | 5,000 |
| | Ultility Deposits - MW&L | Oregon Building [4] | 73,000 | | 73,000 | | |
| | | | | $ 188,000 | 140,000 | 24,000 | 24,000 |
| **COMPUTERS/COMMUNICATION** | | | | | | | |
| | Delivery - FedEx | | 1,500 | | 500 | 500 | 500 |
| | Cell Phones | | 6,000 | | 2,000 | 2,000 | 2,000 |
| | Internet | | 6,600 | | 2,200 | 2,200 | 2,200 |
| | | | | $ 14,100 | 4,700 | 4,700 | 4,700 |
| **OTHER** | | | | | | | |
| | Legal Hobart and Linzer - Anchorage Litigation | [6] | 1,500,000 | | | 500,000 | 1,000,000 |
| | Travel | EAGLE Personnel | 37,500 | | 15,000 | 15,000 | 7,500 |
| | Boxes | drop ship 3000 boxes @ $3 per box plus labels | 9,000 | | 9,000 | | |
| | Insurance | Auto (2 month) | 26,000 | | 26,000 | | |
| | Storage and Shipping - records | | 25,000 | | | 25,000 | |
| | | Worker's Comp | 9,378 | | 3,644 | 5,734 | |
| | Miscellaneous | | 30,000 | | 10,000 | 10,000 | 10,000 |
| | | | | $ 1,636,878 | 63,644 | 555,734 | 1,017,500 |
| | **Total Costs *** | | | $ 2,969,433 | $ 1,014,092 | $ 907,641 | $ 1,047,700 |

* Does not include Trustee Commission, Trustee attorneys, accountants, auctioneers or realtors' commissions due on sale of assets.
[1] Assist with inventory & liquidation of aircraft related assets throughout the US and abroad, and provide administrative report.
[2] Update accounting & AP for December 2013, finalize billing and AR for collections, run historic reports from various systems, box/label records.
[3] FAA requires a minimum of five people (including Scott Olsen) to maintain 121 AOC Certificate (necessary to preserve value of the certificate). Depending on AOC value. , this cost may not be incurred.
[4] Does not include electric utility deposits that may be requested.
[5] No Provision has been made for rent at Eagle Locations; Terms with the various airports need to be individually negotiated.
[6] Payments will be subject to bankruptcy court approval and timing of payment may be dependent on work completed and billed.