**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1] | Case No. 13-13364 (MFW) |
| | Jointly Administered |
| Debtors. | **Re: Docket No. 147** |

**ORDER GRANTING APPLICATION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, PURSUANT TO BANKRUPTCY CODE SECTIONS 327(e) AND 328(a), BANKRUPTCY RULE 2014(a), AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN PERKINS COIE LLP AS SPECIAL OREGON COUNSEL TO CHAPTER 7 TRUSTEE IN ANCHORAGE LITIGATION, NUNC PRO TUNC TO DECEMBER 31, 2013**

Upon consideration of the Application (the "Application")[2] of Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") pursuant to sections 327(e) and 328(a) of the Bankruptcy Code seeking authorization to retain and employ Perkins Coie LLP ("Perkins") as special Oregon counsel to the Trustee in the Anchorage Litigation, *nunc pro tunc* to December 31, 2013; and the Court having reviewed the Application, the Declaration and Supplemental Declaration of David A. Bledsoe (collectively, the "Declaration"); and the Court being satisfied based on the representations made in the Application and the Declaration that Perkins neither represents nor holds any interest adverse to the Debtors or to the estates with respect to the matter on which Perkins is to be employed, and that the employment of Perkins as special Oregon counsel to the

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

Trustee is necessary and in the best interests of the Debtors' estates; and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application has been given and no further notice need be given; and upon the proceedings before the Court; and after due deliberation and good and sufficient cause appearing; it is HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The Trustee is hereby authorized, pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, to retain and employ Perkins a special Oregon counsel in the Anchorage Litigation, *nunc pro tunc* to December 31, 2013, pursuant to the terms set forth in the Application.

3. Perkins shall file interim and final fee applications and approval of compensation for services and reimbursement of expenses will be in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. Notwithstanding anything to the contrary in the Application, the Declaration, or any engagement agreement, during the course of the Cases, Perkins shall not be reimbursed for any secretarial or other overtime charges.

5. The Trustee and Perkins are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 26, 2014

The Honorable Mary F. Walrath
United States Bankruptcy Judge