IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., et al.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered<br><br>Re: 277 |

**ORDER GRANTING MOTION TO ADJOURN SALE HEARING ON THE
MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR
APPROVAL OF THE (A) SALE OF SUBSTANTIALLY ALL OF THE ASSETS
OF EVERGREEN INTERNATIONAL AVIATION, INC., EVERGREEN
INTERNATIONAL AIRLINES, INC., AND EVERGREEN AVIATION GROUND
LOGISTICS ENTERPRISE, INC. FREE AND CLEAR OF ALL LIENS AND
CLAIMS, (B) ASSUMPTION AND ASSIGNMENT OF DESIGNATED
CONTRACTS AND LEASES TO JET MIDWEST
GROUP, LLC, AND (C) GRANTING RELATED RELIEF AS IS NECESSARY**

Upon consideration of the motion (the "Motion to Adjourn")[2] of Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors (the "Debtors"), for entry of an order adjourning the hearing on the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Approval of the (A) Sale of Substantially all of the Assets of Evergreen International Aviation, Inc., Evergreen International Airlines, Inc., and Evergreen Aviation Ground Logistics Enterprise, Inc. Free and Clear of all Liens and Claims, (B) Assumption and Assignment of Designated Contracts and Leases to Jet Midwest Group, LLC, and (C) Granting Related Relief as is Necessary* (the "Sale Motion"); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157; (b) this is a core proceeding

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Adjourn.

pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion to Adjourn and the hearing was sufficient and proper; and (d) the Court having determined that the legal and factual bases set forth in the Motion to Adjourn establish just cause for the relief granted herein; and it appearing to the Court that the Motion to Adjourn should be approved, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The hearing on the Sale Motion is adjourned to May 30, 2014 at 9:30 a.m. (Eastern Time).

3. Any further objections to the Sale Motion shall be filed on or before May 27, 2014 at 4:00 p.m. (Eastern Time).

4. The hearing on the Motion to Vacate is not adjourned ~~to May ___, 2014 at ___:___ .m. (Eastern Time), and the Lenders shall serve the Motion to Vacate within (1) business day of the date of this Order on the 2002 list.~~

~~5. Any object to the Motion to Vacate shall be filed on or before May ___, 2014 at ___:___ .m. (Eastern Time).[3]~~

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 13, 2014

The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[3] An Order granting the Motion to Shorten and Limit Notice [Filed: 5/9/14] (Docket No. 273) related to the Motion to Vacate was entered at Docket No. 276, and is hereby amended by this Order.