# EXHIBIT D

| | |
|---|---|
| From: | Joel Herz |
| Sent: | Thursday, December 19, 2013 11:38 AM |
| To: | 'Ross, Jonathan' |
| Cc: | 'Tuggle, Curtis' |
| Subject: | RE: Marana Auction -- Settlement Discussions -- Protected By Rule 408 |
| Attachments: | Remittance_Information_Sheet1 (2).docx |

Jonathan -- Per my last email, attached is a separate sheet that clarifies wiring instructions for the invoices which were attached.

Sincerely,


Joel L. Herz
Law Offices of Joel L. Herz
La Paloma Corporate Center
3573 East Sunrise Drive, Suite 215
Tucson, AZ 85718
Telephone: (520)529-8080
Fax: (520)529-8077
Email: joel@joelherz.com

****CONFIDENTIALITY NOTICE****
This E-Mail message and any documents accompanying this E-Mail transmission contain information from the Law Offices of Joel L. Herz which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.



-----Original Message-----
From: Joel Herz
Sent: Thursday, December 19, 2013 11:34 AM
To: 'Ross, Jonathan'
Cc: Tuggle, Curtis
Subject: RE: Marana Auction -- Settlement Discussions -- Protected By Rule 408

Jonathan -- Per your request, attached is a parking invoice to 10th Lane Finance Co. LLC for the parking charges that were past due. Also contained therein, per your request is an additional three months parking charges. The wire transfer information for your client is contained in the invoice.

To clarify your email below, and our discussion on the phone, if your clients are prepared to pay the $63,565.29 past due for parking, and agree to pay $3,000 for parking going forward, my client is prepared to assign its parking lien to your client. We would agree that the bid by 10th Lane at the December 16 auction would be

1

annulled and 10th Lane would not have any further obligation for the bid. My client would have no obligation to sell the plane. Your other clients would need to agree to accept this resolution and not contest the payment of the attached invoice. Your prompt attention to this matter is most appreciated.

If this matter is resolved in this manner by tomorrow, I could arrange for your appraiser to go back to the plane with Mr. Moore next week to look at the plane again. If he is going to want access to the interior of the plane such that mechanic time or equipment is required (i.e. stairs), your client would need to be required to pay such charges in advance. Finally, so there is no misunderstanding, this is for parking only and does not include any maintenance or protection of the aircraft or any engines. If your client would want to go into a maintenance program to protect the aircraft, that would require a different agreement. Note that Mr. Moore will not be in on Wednesday of next week as it is Christmas.

Obviously, this letter and the attachment is sent pursuant to Rule 408 Settlement discussions and is not to be used in any manner against my client. Please call if you have any questions. I await your prompt response.

Sincerely,


Joel L. Herz
Law Offices of Joel L. Herz
La Paloma Corporate Center
3573 East Sunrise Drive, Suite 215
Tucson, AZ  85718
Telephone:  (520)529-8080
Fax:  (520)529-8077
Email: joel@joelherz.com

****CONFIDENTIALITY NOTICE****
This E-Mail message and any documents accompanying this E-Mail transmission contain information from the Law Offices of Joel L. Herz which is "Privileged and confidential attorney-client communication and/or work product of counsel." If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you. Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately. Thank you.

-----Original Message-----
From: Ross, Jonathan [mailto:Jonathan.Ross@thompsonhine.com]
Sent: Thursday, December 19, 2013 11:06 AM
To: Joel Herz
Cc: Tuggle, Curtis
Subject: RE: Marana Auction

Thanks for the call. I have informed our clients that an offer has been made to annul the sale and instead assign Marana's possessory lien in return for payment of $63,565.29 plus 3 months' advance parking fee through March 16 2014. We understand that you're out of town from the weekend - in case we need access to the site will you be able to provide a contact person at Marana to facilitate this. We are reviewing this offer and will get back to you by the end of the day. Thanks again, Jonathan.

-----Original Message-----
From: Joel Herz [mailto:joel@joelherz.com]
Sent: Thursday, December 19, 2013 12:41 PM
To: Ross, Jonathan
Cc: Tuggle, Curtis
Subject: RE: Marana Auction

I just called Curtis Tuggle's office and was told that he was unavailable. I ask that my call be returned immediately. Thank you.

Sincerely,


Joel L. Herz
Law Offices of Joel L. Herz
La Paloma Corporate Center
3573 East Sunrise Drive, Suite 215
Tucson, AZ  85718
Telephone:  (520)529-8080
Fax:  (520)529-8077
Email: joel@joelherz.com

****CONFIDENTIALITY NOTICE****
This E-Mail message and any documents accompanying this E-Mail transmission contain information from the Law Offices of Joel L. Herz which is "Privileged and confidential attorney-client communication and/or work product of counsel."  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution and/or the taking of or refraining from taking of any action in reliance on the contents of this E-Mail information is strictly prohibited and may result in legal action being instituted against you.  Please reply to the sender advising of the error in transmission and delete the message and any accompanying documents from your system immediately.  Thank you.



-----Original Message-----
From: Ross, Jonathan [mailto:Jonathan.Ross@thompsonhine.com]
Sent: Thursday, December 19, 2013 10:14 AM
To: Joel Herz
Cc: Tuggle, Curtis; jay.goffman@skadden.com
Subject: Fwd: Marana Auction

Joel - what is going on? The buyer's CFO has been waiting since Monday for you to provide your wire details. Folks are trying to monetize the aircraft and every day you delay impacts their ability to focus on how to monetize the asset. If outstanding storage costs exist then send them over but this is wholly separate matter to Monday's sale. It will be a factor in any deal that our clients will make. Whilst the physical asset isn't going to be moved anywhere, you've also prevented the appraiser from viewing it. Please act in accordance with your representations at the auction and good faith, as per the attached, We are of course willing to hear and pass on an explanation but without this noone understands what you're doing here.

Kind regards
Jonathan / Curtis

3

Begin forwarded message:

From: "Lenczewski, Mary Ann" <MaryAnn.Lenczewski@thompsonhine.com<mailto:MaryAnn.Lenczewski@thompsonhine.com>>
To: "Joel@joelherz.com<mailto:Joel@joelherz.com>" <Joel@joelherz.com<mailto:Joel@joelherz.com>>
Cc: "Ross, Jonathan" <Jonathan.Ross@thompsonhine.com<mailto:Jonathan.Ross@thompsonhine.com>>
Subject: Marana Auction

This e-mail is sent on behalf of Curtis Tuggle. Please refer to the attached time sensitive correspondence.

Thank you,

Mary Ann Lenczewski
Secretary
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
216-566-5633

4

Pinal Air Park, Marana, AZ 85653-9501
Tucson Phone: 520-682-4181



# MARANA AEROSPACE SOLUTIONS
# Remittance Information Sheet

| | |
|---|---|
| Beneficiary Name: | Marana Aerospace Solutions, Inc. |
| Beneficiary Acct Number: | 8089001468 |
| Bank Routing Number (Domestic): | 322070381 |
| Bank Routing/Swift Code (Intl): | EWBKUS66XXX |
| Receiving Bank Name: | East West Bank |
| Receiving Bank Address: | 135 N. Los Robles Ave. Suite 600 |
| Receiving Bank City/State/Zip: | Pasadena, CA 91101 |
| Special Instructions: | Remittance to be made under SWIFT advice |

PLEASE NOTE:
**WE ARE NOT RESPONSIBLE FOR WIRE TRANSFER FEES.**
PLEASE REMIT INVOICE AMOUNT IN FULL.



# MARANA AEROSPACE SOLUTIONS

10th Lane Finance Co., LLC

# Statement

TAIL# N479EV

DATE: December 19, 2013

| Invoice | CUSTOMER NO. | | | |
|---|---|---|---|---|
| N479EV_STOR | | | | |
| DESCRIPTION | | Qty | | Extended Amount |
| COMPLETED WORK: | | | | $72,565.29 |
| Storage Charges | | | $63,565.29 | |
| Parking | January | | $3,000.00 | |
| Parking | February | | $3,000.00 | |
| Parking | March | | $3,000.00 | |
| PAYMENTS TO DATE: | | | | $0.00 |

EAST WEST BANK FOR CREDIT TO ACCOUNT
MARANA AEROSPACE SOLUTIONS, INC
ACCT # ████████    DOMESTIC ROUTING # 322070381    SWIFT CODE # EWBKUS66XXX

**BALANCE DUE        $72,565.29**