# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., *et al.*[1]<br><br>               Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                                )SS:
COUNTY OF NEW CASTLE   )

     Karina Yee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for Alfred T. Giuliano, Chapter 7 Trustee, in the above-captioned action, and that on the 30th day of May, 2014, she caused a copy of the following document(s) to be served upon the individuals on the attached service list(s) in the manner indicated:

### Declaration of Mark Robinson [Docket No. 335]

                                        *Karina Yee*
                                        Karina Yee

Sworn to and subscribed before
me this 36 day of May, 2014

                              K A JOHN BOWER
Notary Public                    NOTARY PUBLIC
My Commission Expires:    STATE OF DELAWARE
                     My commission expires Nov. 13, 2014

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

Evergreen Aviation – Service List re
EAGLE Sale Motion
Case No. 13-13364 (MFW)
Document No. 192244
02 – Hand Delivery
14 – Overnight Delivery

**Hand Delivery**
(Counsel to Jet Midwest Group, LLC)
Howard A. Cohen, Esq.
Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Marana Aerospace Solutions,
Inc.)
Christopher P. Simon, Esq.
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE  19801

**Overnight Delivery**
(Counsel to Jet Midwest Group, LLC)
W. Eric Marr, Esq.
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996

**Overnight Delivery**
(Counsel to Marana Aerospace Solutions,
Inc.)
Joel L. Herz, Esq.
Law Offices of Joel L. Herz
3573 E. Sunrise Drive, Suite 215
Tucson, AZ  85718

**Overnight Delivery**
David F. Shayne
U.S. Department of Transportation
Federal Aviation Administration
1601 Lind Avenue, S.W.
Renton, WA  98057

**Overnight Delivery**
Lauralyn J. Remo
Timothy Harward
Ronald Reeves
James R. Anderson
U.S. Department of Transportation
Office Transportation Secretary
1200 New Jersey Avenue, S.E.
Washington, DC  20590

**Overnight Delivery**
Integrated Services Inc.
c/o Jeffery D. Wagner, Esq.
1639 W. 23rd Street, Suite 240
Dallas, TX  75261

**Overnight Delivery**
BBA Aviation
c/o John Davis Barker
Patricia Nance Annunziato
201 S. Orange Avenue, Suite 1425
Orlando, FL  32801

**Overnight Delivery**
CAS USA
c/o Steve Crescenti
Manny Casalinho
Cargo Building 261
JFK International Airport
Jamaica, NY  11430

**Overnight Delivery**
Alliance Ground International
c/o Jared Azcuy
6705 San Remo Plaza, P-2
Coral Gables, FL  33143

**Overnight Delivery**
Ground Services International
c/o Philip Beauvais
11049 Harrison, Suite 400
Romulus, MI  48174

**Overnight Delivery**
Swissport USA, Inc.
c/o Mark Busalacchi
O-Hare International Airport
618 S. Access Road
Chicago, IL  60666

**Overnight Delivery**
Triangle Services
c/o John Mangano
Perry Fine
Ray Rieder
10 Fifth Street, 2nd Floor
Valley Stream, NY  11581

**Overnight Delivery**
J&J Trucking
c/o Richard Sarcona
15016 132nd Avenue
Jamaica, NY  11434

**Overnight Delivery**
Cargo Force Inc.
c/o Robert Phelan
6705 San Remo Plaza, P-2
Coral Gables, FL 33143

**Overnight Delivery**
Matheson Flight Extenders
c/o Glenn Gates
9785 Goethe Road
Sacramento, CA  95827

EIA – Service List re Second Motion to
Extend 365(d)(4) Deadline (5/29/14)
Case No. 13-13364 (MFW)
Doc No. 193509v2
02 – Express Mail
07 – Overnight Delivery

**Express Mail**
Miami Dade County Aviation
(Building 3078, East Side of MIA)
Miami Dade Aviation Department
P.O. Box 025504
Miami, FL  33102-5504

**Express Mail**
Miami Dade County Aviation
(Building 875, 3rd Floor Tract One of MIA)
Miami Dade Aviation Department
P.O. Box 025504
Miami, FL  33102-5504

**Overnight Delivery**
Sandhu
2538 So. Union Avenue
Bakersfield, CA  93307

**Overnight Delivery**
Indy Truck & Equipment
567 Ophelia Drive
Avon, IN  46123

**Overnight Delivery**
Indy Truck & Equipment
2425 S. Porter Street
Indianapolis, IN  46231

**Overnight Delivery**
Aero Milwaukee
Aeroterm US, Inc.
19115 Lee Road, #226
Humble, TX  77338

**Overnight Delivery**
Aero Milwaukee
General Mitchell International Airport
21 W. Air Cargo Way, W-28
Milwaukee, WI  53207

**Overnight Delivery**
Melvin Kosher
9885 SW 80th Avenue
Portland, OR  97223

**Overnight Delivery**
Melvin Kosher
4450 NE Buffalo #8
Portland, OR  97218

Evergreen Aviation – Service List re Responses to EAGLE Sale Motion
Case No. 13-13364 (MFW)
Document No. 193519
01 – Overnight Delivery


**Overnight Delivery**
(Multnomah County, Division of Assessment, Recording & Taxation)
Angelika Loomis, Bankruptcy/Registered Agent
Multnomah County, Tax Collections
501 S.E. Hawthorne Boulevard, Room 175
Portland, OR  97214

| Recipient | Company | E-mail/Facsimile |
|---|---|---|
| United States Attorney<br>Ellen W. Slights, Esq. | Office of the United States Attorney | usade.ecfbankruptcy@usdoj.gov |
| United States<br>Andrea Horowitz Handel, Esq. | United States Department of Justice<br>Civil Division | andrea.handel@usdoj.gov |
| United States Trustee<br>Juliet Sarkessian, Esq. | Office of the United States Trustee | juliet.m.sarkessian@usdoj.gov |
| Counsel to Marana Aerospace Solutions, Inc.<br>Joel L. Herz, Esq. | Law Offices of Joel L. Herz | joel@joelherz.com |
| Counsel to Marana Aerospace Solutions, Inc.<br>Christopher P. Simon, Esq. | Cross and Simon LLC | csimon@crosslaw.com |
| Counsel to Jet Midwest Group, LLC<br>Howard A. Cohen, Esq.<br>W. Eric Marr, Esq. | Drinker Biddle & Reath LLP | howard.cohen@dbr.com<br>eric.marr@dbr.com |
| Counsel to the Lenders<br>Curtis L. Tuggle, Esq. | Thompson Hine LLP | curtis.tuggle@thompsonhine.com |
| Counsel to the Lenders<br>Stephen M. Miller, Esq.<br>Carl N. Kunz, III, Esq. | Morris James LLP | smiller@morrisjames.com<br>ckunz@morrisjames.com |

**Evergreen International Aviation, Inc.**
**2002 Service List (Emails)**
Case No. 13-13364 (MFW)
Document No. 191174
02 – OVERNIGHT DELIVERY
01 – FOREIGN OVERNIGHT
67 – VIA EMAIL

*(Counsel to Alfred T. Giuliano, Chapter 7*
*Trustee )*
Bradford J. Sandler, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  bsandler@pszjlaw.com;**
**pkeane@pszjlaw.com**

*OVERNIGHT DELIVERY*
U.S. Department of Treasury
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

*OVERNIGHT DELIVERY*
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street, Mail Stop 5-Q30.133
Philadelphia, PA  19104

*FOREIGN OVERNIGHT DELIVERY*
*(Creditor)*
Skyport Service Corporation
1-2 Centrair, Int'l Cargo Warehouse #3
Tokoname, AICHI 479-0881
Japan

*VIA EMAIL*
*(United States Attorney)*
Beau Biden, Esquire
Attorney General
Office of the US Attorney General
820 N French St, 5th Floor
Carvel State Office Building
Wilmington, DE  19801
**Email:  attorney.general@state.de.us**

*VIA EMAIL*
*(United States Trustee)*
Juliet Sarkessian, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
J. Caleb Boggs Federal Building
Wilmington, DE  19801
**Email:  juliet.m.sarkessian@usdoj.gov**

*VIA EMAIL*
Zillah A. Frampton
Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE  19801
**Email:  zillah.frampton@state.de.us**

*VIA EMAIL*
*(United States Attorney)*
Charles Oberly, Esquire
c/o Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

*VIA EMAIL*
*(Counsel to the Debtors)*
James L. Patton, Jr., Esquire
Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Rodney Square
Wilmington, DE 19801
**Email: bankfilings@ycst.com;**
**jpatton@ycst.com; jwaite@ycst.com**

*VIA EMAIL*
*(Counsel to the Lenders)*
Stephen M. Miller, Esquire
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
**Email: smiller@morrisjames.com;**
**ckunz@morrisjames.com**

*VIA EMAIL*
*(Counsel to Plaintiffs and the putative class,*
*Adv. Pro. No.*
Christopher D. Loizides (No. 3968)
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
**Email: loizides@loizides.com**

*VIA EMAIL*
*(Counsel to Air Line Pilots Association,*
*International, AFL-CIO)*
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
**Email: skaufman@coochtaylor.com**

*VIA EMAIL*
*(Counsel to AMB/AFCO Cargo West*PAC,*
*LLC and AMB/AFCO Cargo DFW, L.P.)*
Richard A. Barkasy, Esquire
Fred W. Hoensch, Esquire
Schnader Harrison Segal & Lewis LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
**Email: rbarkasy@schnader.com;**
**fhoensch@schnader.com**

*VIA EMAIL*
*(United Stated Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Rm 4400
Washington, DC 20530-0001
**Email: askdoj@usdoj.gov**

*VIA EMAIL*
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
P.O. Box 898
Dover, DE 19903
**Email: dosdoc_ftax@state.de.us**

*VIA EMAIL*
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904
**Email: statetreasurer@state.de.us**

*VIA EMAIL*
Michael Berman
Office of General Counsel
Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20554
**Email: secbankruptcy@sec.gov**

*VIA EMAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281
**Email: nyrobankruptcy@sec.gov**

*VIA EMAIL*
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005
**Email: efile@pbgc.gov**

*VIA EMAIL*
*(Chapter 7 Trustee)*
Alfred T. Giuliano, Chapter 7 Trustee
Giuliano Miller & Co., LLC
140 Bradford Drive
Berlin Business Park
West Berlin, NJ 08091
**Email: atgiuliano@giulianomiller.com**

*VIA EMAIL*
*(Counsel to Plaintiffs and the putative class,*
*Adv. Pro. No.*
René S. Roupinian, Esquire
Jack A. Raisner, Esquire
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
**Email: rsr@outtengolden.com;**
**jar@outtengolden.com**

*VIA EMAIL*
*(Counsel to Air Line Pilots Association,*
*International, AFL-CIO)*
Peter D. DeChiara, Esquire
Cohen, Weiss & Simon, LLP
330 West 42nd Street
New York, NY 10036-6901
**Email: pdechiara@cwsny.com**

*VIA EMAIL*
*(Counsel to Air Line Pilots Association,*
*International, AFL-CIO)*
James Lobsenz, Esquire
Air Line Pilots Association
Legal Department
535 Herndon Parkway
Herdon, VA 20170
**Email: jim.lobsenz@alpa.org**

*VIA EMAIL*
*(Counsel to The Port Authority of New York*
*and New Jersey)*
Office of James M. Begley, Esquire
Attn: Margaret Taylor Finucane, Esquire
The Port Authority of New York and New
Jersey
225 Park Avenue South, 13th Floor
New York, NY 10003
**Email: mfinucan@panynj.gov**

*VIA EMAIL*
*(Counsel to City of Grapevine, Grapevine-*
*Colleyville ISD)*
Eboney Cobb, Esquire
Perdue, Brandon, Fielder, Collins & Mott,
L.L.P.
P.O. Box 13430
Arlington, TX 76094-0430
**Email: ecobb@pbfcm.com**

*VIA EMAIL*
*(Counsel to United States Department of*
*Justice)*
Andrea Horowitz Handel, Esquire
US Dept of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
100 L. Street, N.W., Room 10068
Washinton, DC 20005
Washington, DC 20044
**Email: andrea.handel@usdoj.gov**

**VIA EMAIL**
*(Counsel to Recovery Management Systems Corporation, as authorized agent for GE Capital Retail Bank (LOWE's [Last four digit account: 3485])*
Ramesh Singh
GE Capital Retail Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
**Email: claims@recoverycorp.com**

**VIA EMAIL**
*(Counsel for the Debtors' Secured Prepetition Lenders)*
Curtis L. Tuggle, Esquire
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
**Email: curtis.tuggle@thompsonhine.com**

**VIA EMAIL**
*(Counsel to AerSale Inc.)*
Arthur E. Rosenberg, Esquire
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
**Email: arthur.rosenberg@hklaw.com**

**VIA EMAIL**
*(Counsel to G2 Secure Staff, LLC ("G2"))*
Stephen C. Stapleton, Esquire
Cowles & Thompson, PC
901 Main Street, Suite 3900
Dallas, TX 75202
**Email: sstapleton@cowlesthompson.com**

**VIA EMAIL**
*(Counsel to Coppell ISD and Dallas County)*
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
**Email: dallas.bankruptcy@publicans.com**

**VIA EMAIL**
*(Counsel to Doug Belden, Hillsborough County Tax Collector)*
Brian T. FitzGerald, Esquire
Senior Assistant County Attorney
P.O. Box 1110
Tampa, FL 33601-1110
**Email: fitzgeraldb@hillsboroughcounty.org**

**VIA EMAIL**
*(Counsel to Hellmann Worldwide Logistics (China) Ltd. & Hellmann Worldwide Logistics, Inc.)*
Bayard J. Snyder, Esquire
Snyder & Associates, P.A.
3801 Kennett Pike
Suite 201, Building C
Wilmington, DE 19807
**Email: snyder90bkrt@aol.com**

**VIA EMAIL**
*(Counsel to Hellmann Worldwide Logistics (China) Ltd. & Hellmann Worldwide Logistics, Inc.)*
Corinne Aftimos, Esquire
Spector Rubin, P.A.
3250 Mary Street, Suite 304
Miami, FL 33133
**Email: corinne.aftimos@spectorrubin.com**

**VIA EMAIL**
*(Counsel to Skyport Service Corporation)*
Kazutoshi Yokoyama, Esquire
Bingham Sakai Mimura Aizawa
4-3-13 Toranomon, 4th Floor
Minato-ku Tokyo
Japan  105-0001
**Email:**
**kazutoshi.yokoyama@bingham.com**

**VIA EMAIL**
*(Counsel to the City of Philadelphia, acting through its Department of Commerce, Division of Aviation (the "City of Philadelphia"))*
Leslie Beth Baskin, Esquire
Spector Gadon & Rosen, P.C.
1635 Market Street
Seven Penn Center - 7th Floor
Philadelphia, PA  19103
**Email:  lbaskin@lawsgr.com**

**VIA EMAIL**
*(Counsel to State of Oregon, Department of Justice)*
Carolyn G. Wade, Esquire
Senior Assistant Attorney General
Oregon Department of Justice
1162 Court Street, NE
Salem, OR  97301
**Email:  carolyn.g.wade@doj.state.or.us**

**VIA EMAIL**
*(Counsel to Cosmo Oil Co., Ltd)*
Nava Hazan, Esquire
Squire Sanders (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, NY  10112
**Email:  nava.hazan@squiresanders.com**

**VIA EMAIL**
*(Counsel to Evergreen Holdings Inc.)*
Anthony W. Clark, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
**Email:  anthony.clark@skadden.com**

**VIA EMAIL**
*(Counsel to Evergreen Holdings Inc.)*
David E. Schwartz, Esquire
Jay M. Goffman, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036-6522
**Email:  david.schwartz@skadden.com;**
**jay.goffman@skadden.com**

**VIA EMAIL**
*(Counsel to Moody's Investors Service, Inc.)*
Christopher R. Belmonte, Esquire
Pamela A. Bosswick, Esquire
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
**Email:  cbelmonte@ssbb.com;**
**pbosswick@ssbb.com**

**VIA EMAIL**
*(Counsel to Omaha Airport Authority)*
Robert P. Diederich, Esquire
McGrath North Mullin & Kratz PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE  68102
**Email:  rdiederich@mcgrathnorth.com**

**VIA EMAIL**
*(Counsel to Omaha Airport Authority)*
Ronald S. Gellert, Esquire
Gellert Scali Busenkell & Brown, LLC
913 Market Street, 10th Floor
Wilmington, DE  19801
**Email:  rgellert@gsbblaw.com**

VIA EMAIL
*(Creditor)*
Deitra L. Ennis, Deputy Municipal Attorney
Municipality of Anchorage, Dept of Law
P.O. Box 196650
Anchorage, AK  99519-6650
**Email:  ennisdl@ci.anchorage.ak.us**

VIA EMAIL
*(Counsel to Capital Advance Leasing, Inc.)*
Mark M. Scott, Esquire
Jason E. Goldstein, Esquire
Buchalter Nemer, a Professional
Corporation
18400 Von Karman Ave., Suite 800
Irvine, CA  92612
**Email:  mscott@buchalter.com;
jgoldstein@buchalter.com**

VIA EMAIL
*(Counsel to Umpqua Bank)*
Brian C. Free, Esquire
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle, WA  98101-2925
**Email:  bcf@hcmp.com**

VIA EMAIL
*(Counsel to Hobart Linzer LLP)*
William P. Bowden, Esquire
Leigh-Anne M. Raport, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
**Email:  wbowden@ashby-geddes.com;
lraport@ashby-geddes.com**

VIA EMAIL
*(Counsel for Wilmington Trust Bank, N.A.,
as Administrative Agent for Second Lien
Lenders)*
Matthew F. Burrows, Esquire
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
**Email:
matthew.burrows@ropesgray.com**

VIA EMAIL
*(Counsel to Integrated Airline Services, Inc.
d/b/a Cargo Airport Services USA, LLC
("IAS")and Avion Aircraft Trading)*
Johnna M. Darby, Esquire
Darby Brown-Edwards LLC
I.M. Pei Building
1105 N. Market Street, Suite 1600
Wilmington, DE  19801
**Email: jmd@darbybrownedwards.com**

VIA EMAIL
*(Counsel to Integrated Airline Services, Inc.
d/b/a Cargo Airport Services USA, LLC
("IAS")and Avion Aircraft Trading)*
Kenneth A. Reynolds, Esquire
McBreen & Kopko
500 North Broadway, Suite 129
Jericho, NY  11753
**Email: kreynolds@mklawnyc.com**

VIA EMAIL
*(Creditor)*
Laura L. McCloud, Esquire
Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207
**Email:  AGBankDelaware@ag.tn.gov**

**VIA EMAIL**
*(Counsel to United Airlines, Inc.)*
Daniel J. DeFranceschi, Esquire
Zachary I. Shapiro, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
**Email: defranceschi@rlf.com;
shapiro@rlf.com**

**VIA EMAIL**
*(Counsel to United Airlines, Inc.)*
Michael B. Slade, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
**Email: michael.slade@kirkland.com**

**VIA EMAIL**
*(Counsel to Evergreen Holdings Inc.)*
Annie Z. Li, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue
Los Angeles. CA 90071
**Email: annie.li@skadden.com**

**VIA EMAIL**
*(Counsel to Aircastle Advisor LLC)*
James H. Rollins, Esquire
Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street
Atlanta, GA 30309-3400
**Email: jim.rollins@hklaw.com**

**VIA EMAIL**
*(Creditor)*
Brad Johnson
Aircastle Advisor LLC
3094 First Stamford Place, 5th Floor
Stamford, CT 06902
**Email: bjohnson@aircastle.com**

**VIA EMAIL**
*(Counsel to XL Specialty Insurance
Company)*
Timothy W. Brink, Esquire
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, IL 60606
**Email: tbrink@mpslaw.com**

**VIA EMAIL**
*(Counsel to King County Washington)*
Margaret Pahl, Esquire
Office of the Prosecuting Attorney
Civil Division
516 Third Avenue, W400
Seattle, WA 98104
**Email: peggy.pahl@kingcounty.gov**

**VIA EMAIL**
*(Counsel to Marana Aerospace Solutions,
Inc.)*
Christopher P. Simon, Esq.
Cross & Simon LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
**Email: csimon@crosslaw.com**

**VIA EMAIL**
*(Counsel to Marana Aerospace Solutions,
Inc.)*
Joel L. Herz, Esq.
Law Offices of Joel L. Herz
3573 E. Sunrise Drive, Suite 215
Tucson, AZ 85718
**Email: joel@joelherz.com**