IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., et al.[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered<br><br>Re: Docket No. 412, 426 |

**ORDER APPROVING STIPULATION AMONG ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, DAVID FERGUSON AND ROBERT FERGUSON, DOING BUSINESS AS INDY TRUCK AND EQUIPMENT, AND JET MIDWEST GROUP, LLC**

Upon consideration of the *Stipulation Among Alfred T. Giuliano, Chapter 7 Trustee, David Ferguson and Robert Ferguson, Doing Business as Indy Truck and Equipment, and Jet Midwest Group, LLC* (the "Stipulation"), a copy of which is attached to this Order as **Exhibit A**, as agreed to by and between Alfred T. Giuliano, chapter 7 trustee (the "Trustee") for the above-captioned debtors (the "Debtors"), Indy Truck and Equipment ("Indy Truck"), and Jet Midwest Group, LLC ("JMW," together with the Trustee and Indy Truck, the "Parties"); IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

1

DOCS_DE:195384.3 31265/001

4. To the extent applicable, any stay imposed by the Bankruptcy Rules shall not apply.

Dated: _Oct. 2_, 2014

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge