IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered<br><br>Related Docket No. 530 |

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PERKINS COIE LLP, AS SPECIAL OREGON AS COUNSEL TO THE
CHAPTER 7 TRUSTEE FOR ANCHORAGE LITIGATION, FOR THE PERIOD
FROM DECEMBER 31, 2013 THROUGH JANUARY 28, 2015**

Perkins Coie LLP ("Perkins Coie"), as special Oregon counsel for the Chapter 7 Trustee in the above-captioned cases, filed a First and Final application for allowance of compensation and reimbursement of expenses for December 31, 2013 through January 28, 2015 (the "Application"). The Court has reviewed the Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application. Accordingly, it is hereby

ORDERED that the Application is GRANTED, fees in the amount of $32,162.00, and costs in the amount of $530.10, are allowed on a final basis. The Chapter 7 Trustee in the above cases shall pay to Perkins Coie the sum of $32,162.00 as compensation and $530.10 as

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97182.

DOCS_DE:198854.1 31265/001

- 2 -

reimbursement of expenses, for a total of $32,692.10 for services rendered and disbursements incurred by Perkins Coie for the period December 31, 2013 through January 28, 2015.

Dated: April 8, 2015

The Honorable Mary F. Walrath
United States Bankruptcy Judge