**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 539, 556** |

**Objection Deadline: July 17, 2015 at 4:00 p.m. (ET)**

**FEE NOTICE PURSUANT ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014(a) AND DEL. BANKR. L. R. 2014-1 AUTHORIZING EMPLOYMENT AND RETENTION OF PAYMENT PROCESSING SERVICES, LLC TO RECOVER DORMANT FUNDS**

To: (a) the Office of the United States Trustee for the District of Delaware; and (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on April 22, 2015, Alfred T. Giuliano, chapter 7 trustee (the "Trustee"), to the estates of the above-captioned debtors, filed the *Application of Alfred T. Giuliano, for Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and Del. Bankr. L. R. 2014-1 Authorizing Employment and Retention of Payment Processing Services, LLC to Recover Dormant Funds* (the "Application") [Docket No. 539], with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"). On May 15, 2015, the Court entered the *Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014(a) and Del. Bankr. L. R. 2014-1 Authorizing Employment and Retention of Payment Processing Services, LLC to Recover Dormant Funds* (the "Order") [Docket No. 556] granting the Application.

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

**PLEASE TAKE FURTHER NOTICE** that the Trustee, hereby files this fee notice ("Fee Notice") that Payment Processing Services, LLC ("PPS") has recovered certain dormant funds in the approximate amount of $25,000 on a 10% contingency fee ($2,500) per the PPS agreement with the Trustee referenced in the Application and the Order.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Fee Notice must be made in writing and be filed with the Bankruptcy Court, on or before **July 17, 2015 at 4:00 p.m. prevailing Eastern time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Trustee: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Bradford J. Sandler (email: bsandler@pszjlaw.com) (fax: 302-652-4400); and (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Juliet M. Sarkessian (email: juliet.m.sarkessian@usdoj.gov) (fax: 302-573-6497).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS FEE NOTICE, THE TRUSTEE MAY PAY PPS ITS FEE PER THE APPLICATION AND ORDER.

Dated: July 7, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
John W. Lucas (CA Bar No. 271038)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
jlucas@pszjlaw.com
pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee