IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | ) ) | Case No. 13-13364 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | *Re: Dkt # 608* |

### ORDER GRANTING THIRD INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM JANUARY 1, 2015 THROUGH JUNE 30, 2015

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Third Interim application for allowance of compensation and reimbursement of expenses for January 1, 2015 through June 30, 2015 (the "Third Interim Application"). The Court has reviewed the Third Interim Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Interim Application, and any hearing on the Third Interim Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Interim Application. Accordingly, it is hereby

ORDERED that the Third Interim Application is GRANTED, on an interim basis, Fees in the amount of $210,090.75, and costs in the amount of $21,376.51, are allowed on an

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $210,090.75 as compensation and $21,376.51 as reimbursement of expenses, for a total of $231,467.26 for services rendered and disbursements incurred by PSZ&J for the period January 1, 2015 through June 30, 2015.

Dated: 11/18/15

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge