IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EVERGREEN INTERNATIONAL AVIATION, INC., et al.,[1] | ) ) | Case No. 13-13364 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Re: DKT #609

## ORDER GRANTING FOURTH INTERIM (CONTINGENT FEE MATTERS) APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM DECEMBER 31, 2013 THROUGH JUNE 30, 2015

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Fourth Interim (Contingent Fee Matters) application for allowance of compensation and reimbursement of expenses for December 31, 2013 through June 30, 2015 (the "Fourth Interim (Contingent Fee Matters) Application"). The Court has reviewed the Fourth Interim (Contingent Fee Matters) Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Interim (Contingent Fee Matters) Application, and any hearing on the Fourth Interim (Contingent Fee Matters) Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Interim (Contingent Fee Matters) Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

ORDERED that the Fourth Interim (Contingent Fee Matters) Application is GRANTED, on an interim basis. Fees in the amount of $180,457.32, and costs in the amount of $0.00, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $180,457.32 as compensation and $0.00 as reimbursement of expenses, for a total of $180,457.32 for services rendered and disbursements incurred by PSZ&J for the period December 31, 2013 through June 30, 2015.

Dated: 11/18/2015

The Honorable Mary F. Walrath
United States Bankruptcy Judge