# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1]<br>　　　　　　Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 801** |
| ALFRED T. GIULIANO, Chapter 7 Trustee of Evergreen International Aviation, Inc., *et al.*,<br><br>　　　　　　Plaintiff<br><br>v. | |
| Aerodata, Inc. | Adv. Proc. No. 15-52011 (MFW)<br>**Re: Adv. Docket No. 11** |
| AT&T Services, Inc. and AT&T Mobility II LLC | Adv. Proc. No. 15-52012 (MFW)<br>**Re: Adv. Docket No. 20** |
| B.V. Oil Company, Inc. | Adv. Proc. No. 15-52018 (MFW)<br>**Re: Adv. Docket No. 7** |
| Core Transport Technologies, Inc. | Adv. Pro. No. 15-52019 (MFW)<br>**Re: Adv. Docket No. 13** |
| Express Services, Inc. | Adv. Pro. No. 15-52016 (MFW)<br>**Re: Adv. Docket No. 12** |
| SABRE GLBL Inc. f/k/a Sabre Inc. and Sabre Holdings Corporation | Adv. Proc. No. 15-52013 (MFW)<br>**Re: Adv. Docket No. 20** |
| Wentzel Transportation LLC | Adv. Proc. No. 15-52017 (MFW)<br>**Re: Adv. Docket No. 13** |
| 　　　　　　Defendants. | |

## ORDER GRANTING CHAPTER 7 TRUSTEE'S FIRST OMNIBUS MOTION UNDER FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING SETTLEMENTS

Upon consideration of the *Chapter 7 Trustee's First Omnibus Motion Under Fed. R. Bankr. P. 9019 for an Order Approving Settlements* (the "Motion")[2]; and the notice of the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

1

Motion having been adequate; and sufficient legal and factual bases existing for the relief requested, and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b)(2); and the Court finding that the settlement agreements were negotiated at arm's length and entered into in good faith by the parties and the consideration to be received by the estates is fair and reasonable, it is hereby

ORDERED that the Motion is GRANTED, and the settlement agreements attached as Exhibits A through G to the Motion are hereby approved pursuant to Bankruptcy Rule 9019.

Dated: Aug. 1, 2016

The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[2] Capitalized terms not otherwise defined herein shall have the same meanings given to them in the Motion.