**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>Jointly Administered<br><br>**Re: Docket No. 850** |

**ORDER GRANTING APPLICATION OF HOBART LINZER LLP FOR COMPENSATION FOR SERVICES RENDERED AS SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE ON AN INTERIM BASIS**

Upon consideration of the *Final Fee Application Of Hobart Linzer LLP For Compensation For Services Rendered As Special Counsel For Chapter 7 Trustee* (the "Application"),[2] filed by Hobart Linzer LLP ("HL"), special counsel for Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), seeking an order (this "Order") approving HL's Application; the Court having reviewed the Application and having considered the record with respect to the Application; the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and the Court having the power to enter a final order consistent with Article III of the United States Constitution; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) notice of the Application was sufficient under the circumstances and in full compliance with Bankruptcy Rule 2002 and the local rules of this Court; (d) no objections to the Application have been filed; (e) the compensation requested in the

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

[2] Capitalized terms not defined herein have the meanings used in the Application.

Application is reasonable; and (f) the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish good and sufficient cause for the relief granted herein; IT IS HEREBY:

1. ORDERED that the Application is granted on an interim basis; and it is further

2. ORDERED that the fees of HL in the amount of $255,000 are allowed (the "Allowed Fees"); and it is further

3. ORDERED that HL is authorized to retain the sum of $255,000 held in its client trust account as, payment of the Allowed Fees; and it is further

4. ORDERED that HL shall file a final fee application at the conclusion of these chapter 7 cases, when other professionals of the Trustee file final fee applications; and it is further

5. ORDERED that any payments made to HL pursuant to this Order are subject to disgorgement pending final allowance by the Court; and it is further

6. ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: April 26, 2017

The Honorable Mary F. Walrath
United States Bankruptcy Judge