# EXHIBIT C

## Agreement

## HARRIS, ECKLAND & ASSOCIATES
### Unclaimed Property Recovery Agreement

| | |
|---|---|
| $34,945.20 | = Approximate Dollar Value of the Property |
| 5.00% | = Percent to be Paid as Compensation to the Claimant's Representative |
| $1,747.26 | = Amount to be Paid to Claimant's Representative |
| $33,197.94 | = Net Amount to be Paid To Owner |

**Property Account Number(s): 138873388, 138873389, 138873390,**

This agreement is made between **ALFRED T. GIULIANO**, Chapter 7 Trustee of **EVERGREEN TRADE, INC.** hereafter referred to as Claimant, and Harris, Eckland & Associates (**HEA**), a Florida corporation, hereafter referred to as Claimant's Representative, which maintains its business premises at 2343 Hansen Lane, Ste #2, Tallahassee, Florida 32301, telephone number **(800) 763-9006**.

> Claimant does hereby grant and designate to Claimant's Representative, authority to:
> **act on behalf of the Claimant to assist and obtain for the Claimant,**
> **unclaimed assets held by the State of Florida.**

Claimant does hereby agree that in consideration of Claimant Representative's efforts in locating assets, identification of the asset's legal owner, and assistance in procuring payment of the assets to Claimant, Claimant Representative's fee shall be <u>deducted from the recovered funds</u>.

Your portion of **$33,197.94** will be mailed directly to you by the government at the address provided below.

*[Signature]*

**SIGNATURE**

PRINTED NAME: Alfred T. Giuliano

DATED: 3/28/22

PRIMARY PHONE: 856-767-3000 ext 111

ALTERNATE PHONE:

**MAIL MY CHECK TO THIS ADDRESS:**
2301 E. Evesham Rd
Pavilion 800, Suite 210
Voorhees NJ 08043

E-MAIL: atgiuliano@giulianomiller.com



If your company is ACTIVE, please send the following documents:
- Sign and date this Unclaimed Property Recovery Agreement

If your company is INACTIVE, please send the following documents:
- Sign and date this Unclaimed Property Agreement
- Valid Driver's License, Passport, or State/Government ID card - must be a legible copy

If you have any questions about what documents to send, please call 800-763-9006

**CASE # 2385276**

Florida Private Investigative Agency License #A9700076
Jim Harris, President of HEA PI License # C9800698