IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL<br>AVIATION, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON MAY 4, 2022 AT 2:00 P.M. (ET)**

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1.  Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Harris, Eckland & Associates as Collection Agent, Effective as of March 28, 2022; and (II) Granting Waiver of Local Rule 2016-2 [Filed: 4/8/22] (Docket No. 985).

    Response Deadline:   April 22, 2022 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    (a)  Certification of No Objection Regarding Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Harris, Eckland & Associates as Collection Agent, Effective as of March 28, 2022; and (II) Granting Waiver of Local Rule 2016-2 [Filed: 4/25/22] (Docket No. 986).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).  The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

2

(b)     [Signed] Order Granting Application of Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections 327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to Employ and Retain Harris, Eckland & Associates as Collection Agent, Effective as of March 28, 2022; and (II) Granting Waiver of Local Rule 2016-2 [Filed: 4/26/22] (Docket No. 987).

<u>Status</u>: The order has been entered.  No hearing will be necessary.

Dated: May 2, 2022            PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:    bsandler@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee