**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.,*[1] | Case No. 13-13364 (MFW) |
| Debtors. | (Jointly Administered) |

**Re: Docket No. 985, 987**

**Objection Deadline: June 16, 2022 at 4:00 p.m. (ET)**

**FEE NOTICE PURSUANT TO ORDER GRANTING APPLICATION OF ALFRED T.
GIULIANO, CHAPTER 7 TRUSTEE, FOR AN ORDER (I) PURSUANT TO
BANKRUPTCY CODE SECTIONS 327(A) AND 328(A), BANKRUPTCY RULES 2014(A)
AND 2016, AND LOCAL RULE 2014-1 FOR AUTHORITY TO EMPLOY AND RETAIN
HARRIS, ECKLAND & ASSOCIATES AS COLLECTION AGENT, EFFECTIVE AS
OF MARCH 28, 2022; AND (II) GRANTING WAIVER OF LOCAL RULE 2016-2**

To:    (a) the Office of the United States Trustee for the District of Delaware; and (b) those
persons who have requested notice pursuant to Bankruptcy Rule 2002.

        **PLEASE TAKE NOTICE** that on April 8, 2022, Alfred T. Giuliano, chapter 7

trustee (the "Trustee"), to the estates of the above-captioned debtors, filed the *Application of*

*Alfred T. Giuliano, Chapter 7 Trustee, for an Order (I) Pursuant to Bankruptcy Code Sections*

*327(a) and 328(a), Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1 for Authority to*

*Employ and Retain Harris, Eckland & Associates as Collection Agent, Effective as of March 28,*

*2022; and (II) Granting Waiver of Local Rule 2016-2* (the "Application") [Docket No. 985], with

the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen
International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen
Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems
Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).

Delaware 19801 (the "Court").  On April 26, 2022, the Court entered an order granting the

Application (the "Order") [Docket No. 987] granting the Application.

> **PLEASE TAKE FURTHER NOTICE** that the Trustee, hereby files this fee

notice ("Fee Notice") that Harris, Eckland & Associates ("HEA") as collection agent to pursue

collection of certain unclaimed assets held by the State of Florida on behalf of Debtor Evergreen

Trade, Inc., effective as of March 28, 2022, has recovered the amounts below and is entitled to

the contingency fee recovery listed below:

| Type of Recovery: | Amount of Recovery: | Commission: | Recovery Fee: |
|---|---|---|---|
| Florida Unclaimed Property | $34,945.20 | 5% | $1,747.26 |

> **PLEASE TAKE FURTHER NOTICE** that any objection or response to the Fee

Notice must be made in writing and be filed with the Bankruptcy Court, on or before

**June 16, 2022 at 4:00 p.m. prevailing Eastern time**.

> **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also

serve a copy of the response or objection upon: (i) counsel to the Trustee: Pachulski Stang Ziehl

& Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE  19899-

8705 (Courier 19801), Attn:  Bradford J. Sandler and Peter J. Keane (email:

bsandler@pszjlaw.com, pkeane@pszjlaw.com); and (ii) the Office of the United States Trustee,

J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington,

DE  19801, Attn: Benjamin A. Hackman (email: benjamin.a.hackman@usdoj.gov)

> **PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS FEE NOTICE, THE TRUSTEE MAY PAY HEA ITS FEE PER

THE APPLICATION AND ORDER.

DOCS_DE:239450.1 31265/001

Dated:  June 9, 2022                        PACHULSKI STANG ZIEHL & JONES LLP


                                            */s/ Peter J. Keane*
                                            Bradford J. Sandler (DE Bar No. 4142)
                                            Peter J. Keane (DE Bar No. 5503)
                                            919 N. Market Street, 17th Floor
                                            Wilmington, DE  19801
                                            Telephone:  (302) 652-4100
                                            Facsimile:   (302) 652-4400
                                            Email:       bsandler@pszjlaw.com
                                                         pkeane@pszjlaw.com


                                            *Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

DOCS_DE:239450.1 31265/001