IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | ) ) ) ) | Case No. 13-13364 (MFW) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) |  |

### APPLICATION FOR DELAWARE COUNSEL TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Nader A. Amer, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of World Fuel Services, Inc., and certain of their affiliates, pursuant to Local Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware.

Local Rule 9010-1(e)(ii) provides:

> Attorneys who are admitted to the Bar of the District Court and in good standing, but who do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court.

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware.

I do not maintain an office for the practice of law in the District of Delaware. My office is located in Miami, Florida at the address indicated below.

I respectfully request that the Court enter the proposed order attached hereto as **Exhibit A** approving my appearance in this proceeding pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).

130337799.1

2

Dated: July 25, 2022				Respectfully submitted,

				 */s/ Nader A. Amer*
				Nader A. Amer (DE Bar No. 6635)
				CARLTON FIELDS, P.A.
				2 MiamiCentral
				700 NW 1st Avenue, Suite 1200
				Miami, Florida 33136-4118
				Telephone: (305) 530-0050
				Facsimile:  (305) 530-0055
				Email: namer@carltonfields.com

				*Attorneys for World Fuel Services, Inc.*

2

130337799.1