# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) Chapter 7 |
| Evergreen International Aviation, Inc., *et al.*,[1] | ) ) Case No. 13-13364 (MFW) |
| Debtors. | ) ) (Jointly Administered) ) ) |

## ORDER APPROVING APPEARANCE

This matter coming before the Court upon the application of Nader A. Amer to appear in the above-captioned cases on behalf of World Fuel Services, Inc, and certain of their affiliates pursuant to Local Bankruptcy Rule 9010-1(e)(ii) of the United States Bankruptcy Court for the District of Delaware; and the Court having reviewed the application and determined the relief sought is appropriate; it is hereby

ORDERED, that Nader A. Amer may appear in above-captioned cases pursuant to Local Bankruptcy Rule 9010-1(e)(ii).

Dated: July 26th, 2022
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (6780); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).

130337799.1