# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | ) Case No. 13-13364 (MFW) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Polsinelli PC and Justin K. Edelson, formerly of Polsinelli PC, hereby withdraw their appearance on behalf of World Fuel Services, Inc. and request removal from all service lists.

Dated: July 26, 2022

**POLSINELLI PC**

*/s/ Brenna A. Dolphin*
Christopher A. Ward (No. 3877)
Brenna A. Dolphin (No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: 302-252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
bdolphin@polsinelli.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).

84470472.1