## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 12, 2022 AT 2:00 P.M. (ET)**

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.**
**THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1. Eighteenth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 8/30/22] (Docket No. 996).

    Response Deadline:    September 13, 2022 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    (a)    Certification of No Objection Regarding Eighteenth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 9/14/22] (Docket No. 997).

    (b)    [Signed] Eighteenth Order (A) Enlarging the Period Within Which the Trustee May Remove Actions Through and Including March 6, 2023, and (B) Granting Related Relief [Filed: 9/15/22] (Docket No. 998).

    Status: The order has been entered.  No hearing will be necessary.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).  The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

|  |  |
|---|---|
| Dated: October 7, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
|  | */s/ Peter J. Keane* |
|  | Bradford J. Sandler (DE Bar No. 4142) |
|  | Peter J. Keane (DE Bar No. 5503) |
|  | 919 N. Market Street, 17th Floor |
|  | Wilmington, DE  19801 |
|  | Telephone:  (302) 652-4100 |
|  | Facsimile:  (302) 652-4400 |
|  | Email:     bsandler@pszjlaw.com |
|  |            pkeane@pszjlaw.com |
|  | Counsel to Alfred T. Giuliano, Chapter 7 Trustee |