# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | Case No. 13-13364 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 26, 2022 AT 2:00 P.M. (ET)**

**ANY PARTY WISHING TO PARTICIPATE IN THE HEARING
MUST REGISTER THROUGH ZOOM.**

**You must now register for the ZOOM call. When registering, please copy and paste the below link to your browser. All individuals participating by video must register by October 26, 2022 at 8:30 a.m. at the provided link.**

**Registration Link:**
https://debuscourts.zoomgov.com/meeting/register/vJIsd-GvqT8iHm0QNFRx5kunmbNV07CG5XU

**After registering, you will receive a confirmation email
containing information about joining.**

**PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING.**

## MATTER GOING FORWARD

1.  Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Implementing Martin Settlement and Granting Related Relief [Filed: 10/6/22] (Docket No. 1000).

    Response Deadline:   October 19, 2022 at 4:00 p.m. Eastern Time.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

2

Responses Received:

(a) Objection and Reservation of Rights of World Fuel Services, Inc. Regarding the Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Implementing Martin Settlement and Granting Related Relief [Filed: 10/19/22] (Docket No. 1002).

Replies Filed:

(a) Reply in Support of Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Implementing Martin Settlement and Granting Related Relief [Filed: 10/24/22] (Docket No. 1003).

Related Documents:   None.

Status: This matter will go forward.

Dated:  October 24, 2022      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:     bsandler@pszjlaw.com
           pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee