# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Evergreen International Aviation, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 13-13364 (MFW) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE OF NOTICES AND PLEADINGS

Ciardi Ciardi & Astin files this Notice of Withdrawal of Appearance and Request for Removal from Service of Notices and Pleadings.

Pursuant to Rule 2002 of the Bankruptcy Rules, Ciardi Ciardi & Astin requests that each of its attorneys listed below be removed from all service lists, including CM/ECF notices in the captioned cause.

Daniel K. Astin
Ciardi, Ciardi & Astin
1204 N. King Street
Wilmington, DE 19801
(302) 658-1100
Email/ECF: dastin@ciardilaw.com

Date:   November 1, 2022
       Wilmington, Delaware

                                                CIARDI CIARDI & ASTIN

                                                */s/ Daniel K. Astin*
                                                Daniel K. Astin (No. 4068)
                                                1204 North King Street
                                                Wilmington, DE  19801
                                                Telephone: (302) 384-9451
                                                dastin@ciardilaw.com