IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EVERGREEN INTERNATIONAL | ) | Case No. 13-13364 (MFW) |
| AVIATION, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Re: Docket No. 1012**

**ORDER GRANTING**
**FIFTH INTERIM (NON-CONTINGENT FEE MATTERS) APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL**
**TO THE CHAPTER 7 TRUSTEE, FOR**
**THE PERIOD FROM JULY 1, 2015 THROUGH AUGUST 31, 2022**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7

Trustee in the above-captioned cases, filed a Fifth Interim (Non-contingent fee matters)

application for allowance of compensation and reimbursement of expenses for July 1, 2015

through August 31, 2022 (the "Fifth Interim (Non-contingent fee matters) Application").  The

Court has reviewed the Fifth Interim (Non-contingent fee matters) Application and finds that: (a)

the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of

the Fifth Interim (Non-contingent fee matters) Application, and any hearing on the Fifth Interim

(Non-contingent fee matters) Application, was adequate under the circumstances; and (c) all

persons with standing have been afforded the opportunity to be heard on the Fifth Interim (Non-

contingent fee matters) Application.  Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).  The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

ORDERED that the Fifth Interim (Non-contingent fee matters) Application is

GRANTED, on an interim basis. Fees in the amount of $558,645.00, and costs in the amount of

$36,887.41, are allowed on an interim basis.  The Chapter 7 Trustee in the above cases shall pay

to PSZ&J the sum of $558,645.00 as compensation and $36,887.41 as reimbursement of

expenses, for a total of $595,532.41 for services rendered and disbursements incurred by PSZ&J

for the period July 1, 2015 through August 31, 2022.

**Dated: November 29th, 2022**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:241306.1 31265/001                    2