IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| EVERGREEN INTERNATIONAL | ) | Case No. 13-13364 (MFW) |
| AVIATION, INC., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. 1018** |

**ORDER GRANTING SIXTH INTERIM (NON-CONTINGENT)
APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
<u>THE PERIOD FROM JULY 1, 2015 THROUGH DECEMBER 31, 2022</u>**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Chapter 7 Trustee in the above-captioned cases, filed a Sixth Interim (non-contingent) application for allowance of compensation and reimbursement of expenses for July 1, 2015 through December 31, 2022 (the "Sixth Interim Fee Application"). The Court has reviewed the Sixth Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Sixth Interim Fee Application, and any hearing on the Sixth Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Sixth Interim Fee Application. Accordingly, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

ORDERED that the Sixth Interim Fee Application is GRANTED, on an interim basis. Fees in the amount of $1,044,063.75, and costs in the amount of $83,070.96, are allowed on an interim basis. The Chapter 7 Trustee in the above cases shall pay to PSZ&J the sum of $1,044,063.75 as compensation and $83,070.96 as reimbursement of expenses, for a total of $1,127,134.71 for services rendered and disbursements incurred by PSZ&J for the period July 1, 2015 through December 31, 2022.

Dated: March 8th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE