IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MARCH 22, 2023 AT 2:00 P.M. (ET)**

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.**
**THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTERS**

1. Sixth Interim (Non-Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from July 1, 2015 through December 31, 2022 [Filed: 2/17/23] (Docket No. 1018).

    Response Deadline:  March 3, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a) Certification of No Objection Regarding Sixth Interim (Non-Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Chapter 7 Trustee, for the Period from July 1, 2015 through December 31, 2022 [Filed: 3/7/23] (Docket No. 1020).

    b) [Signed] Order Granting Sixth Interim (Non-Contingent) Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

LLP, as Counsel to the Chapter 7 Trustee, for the Period from July 1, 2015 through December 31, 2022 [Filed: 3/8/23] (Docket No. 1021).

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

2. Nineteenth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 2/27/23] (Docket No. 1019).

<u>Response Deadline</u>:  March 13, 2023 at 4:00 p.m. Eastern Time.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

a) Certification of No Objection Regarding Nineteenth Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order (A) Enlarging the Period Within Which the Chapter 7 Trustee May Remove Actions and (B) Granting Related Relief [Filed: 3/15/23] (Docket No. 1023).

b) [Signed] Nineteenth Order (A) Enlarging the Period Within Which the Trustee May Remove Actions Through and Including September 5, 2023, and (B) Granting Related Relief [Filed: 3/15/23] (Docket No. 1024).

<u>Status</u>:  The order has been entered.  No hearing will be necessary.

| | |
|---|---|
| Dated:  March 20, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:   (302) 652-4400 |
| | Email:      bsandler@pszjlaw.com |
| |             pkeane@pszjlaw.com |
| | Counsel to Alfred T. Giuliano, Chapter 7 Trustee |

2

DOCS_DE:242413.1 31265/001