IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | : | Case No. 13-13364 (MFW) |
| | : | |
| Debtors. | : | Hearing Date: May 24, 2023 @ 2:00 p.m. (ET) |
| | : | Objection Deadline: May 17, 2023 @ 4:00 p.m. (ET) |

**NOTICE OF FIRST INTERIM APPLICATION OF GIULIANO MILLER AND COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 31, 2013 THROUGH DECEMBER 31, 2022**

TO: ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE that on May 3, 2023, Giuliano Miller and Company, LLC ("Applicant"), accountants and financial advisors for Alfred T. Giuliano, Chapter 7 Trustee for the estates of Evergreen International Aviation, Inc., *et al.* ("Trustee"), filed the First Interim Application of Giuliano Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Firm Interim Period December 31, 2013 through December 31, 2022 (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court) which seeks the following relief:

Applicant seeks allowance and payment of $1,267,192.50 as compensation and $35,738.54 for reimbursement of actual and necessary expenses for the period December 31, 2013 through December 31, 2022 (the "Interim Period"). A copy of the Application may be obtained from the undersigned counsel.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (1052); and Supertanker Services, Inc. (3389). The Debtors address is: 3850 Three Mile Lane, McMinnville, Oregon 97128.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned on or before **May 17, 2023 by 4:00 p.m.** (Eastern Time).  If no objections are timely filed in accordance with the above procedures, the Applicant shall file a Certificate of No Objection with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above proceedings, a hearing on the Application will be held on **May 24, 2023, at 2:00 p.m.** (Eastern Time) before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.  Only those objections made in writing, timely filed and served in accordance with the above procedures will be considered at said hearing.

Dated: May 3, 2023                    PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
       pkeane@pszjlaw.com

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee
for the estate of Evergreen International Aviation, Inc., *et al.*