# **EXHIBIT B**

**EXHIBIT "B"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., et al.[1] | Case No. 13-13364 (MFW) |
| Debtors. | |

**CERTIFICATION**

I, DONNA M. MILLER, certify as follows:

1. I am an employee in the firm of Giuliano Miller and Company, LLC ("GMCO") which serves as accountants to Alfred T. Giuliano (the "Trustee"), Chapter 7 Trustee of Evergreen International Aviation, Inc., *et al.* (the "Debtors").

2. I have read the foregoing *First Interim Application of GMCO for allowance of compensation and reimbursement of expenses for the Period December 31, 2013 through December 31, 2022*, and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. I have reviewed the requirements of Del. Bankr. LR 2016-2, and to the best of my knowledge, the foregoing Application complies with this rule.

                                                                                                  /s/ Donna M. Miller
                                                                                                 Donna M. Miller, CPA, CIRA, MBA, CDBV

Dated: May 3, 2023

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (1052); and Supertanker Services, Inc. (3389). The Debtors address is: 3850 Three Mile Lane, McMinnville, Oregon 97128.