**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | : | Case No. 13-13364 (MFW) |
| | : | |
| Debtors. | : | **Re: Docket No. _____** |
| | : | |

**ORDER APPROVING AND ALLOWING FIRST INTERIM APPLICATION
OF GIULIANO MILLER AND COMPANY, LLC AS ACCOUNTANTS AND
FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD DECEMBER 31, 2013 THROUGH DECEMBER 31, 2022**

Upon consideration of the First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") of Giuliano Miller & Company, LLC ("GMCO"), Accountants to Alfred T. Giuliano, Chapter 7 Trustee for the estate of Evergreen International Aviation, Inc., *et al.*, for the period December 31, 2013 through December 31, 2022 (the "Application"); and the Court having thoroughly reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Application, and any hearing on the Application, was adequate and proper under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Application:

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows:  Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (1052); and Supertanker Services, Inc. (3389).  The Debtors address is: 3850 Three Mile Lane, McMinnville, Oregon 97128.

1

2. GMCO is allowed and shall be paid forthwith compensation in the amount of $1,267,192.50 for services rendered, and $35,738.54 for costs and expenses incurred for the interim period December 31, 2013 through December 31, 2022.

3. The amount awarded shall be paid forthwith by the Trustee.