IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1] | Case No. 13-13364 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 1028** |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST INTERIM APPLICATION OF GIULIANO MILLER AND COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 31, 2013 THROUGH DECEMBER 31, 2022**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First Interim Application of Giuliano Miller and Company, LLC as Accountants and Financial Advisors to the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for the Period December 31, 2013 through December 31, 2022* (the "Application") [Docket No. 1028] filed on May 3, 2023. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the notice, responses to the Application were to be filed and served no later than May 17, 2023 at 4:00 p.m. prevailing Eastern Time.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

Accordingly, it is hereby respectfully requested that the order attached hereto as **Exhibit A** be entered at the Court's convenience.

Dated: May 18, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee