## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | Case No. 13-13364 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 18, 2023 AT 2:00 P.M. (ET)**

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.**
**THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTERS**

1. Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses Among Debtors [Filed: 10/4/23] (Docket No. 1034).

    Response Deadline: October 11, 2023 at 4:00 p.m. Eastern Time.

    Responses Received: None.

    Related Documents:

    a) Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses Among Debtors [Filed: 10/12/23] (Docket No. 1036).

    b) [Signed] Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order Approving Allocation of Administrative Expenses Among Debtors [Filed: 10/16/23] (Docket No. 1038).

    Status: The order has been entered. No hearing will be necessary.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

2.  Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order: (A) Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents, and (B) Authorizing Abandonment of Remaining Estate Assets [Filed: 10/4/23] (Docket No. 1035).

    Response Deadline:  October 11, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)  Certification of No Objection Regarding Motion of Alfred T. Giuliano, Chapter 7 Trustee, for Order: (A) Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents, and (B) Authorizing Abandonment of Remaining Estate Assets [Filed: 10/12/23] (Docket No. 1037).

    b)  [Signed] Order: (A) Authorizing the Destruction, Abandonment, or Other Disposal of Certain Records and Documents, and (B) Authorizing Abandonment of Remaining Estate Assets [Filed: 10/16/23] (Docket No. 1039).

    Status:  The order has been entered.  No hearing will be necessary.

Dated:  October 16, 2023           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:       bsandler@pszjlaw.com
             pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee

2