# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | ) ) ) | Case No. 13-13364 (MFW) |
|  | ) | Jointly Administered |
| Debtors. | ) ) ) ) ) ) ) ) |  |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CARLTON FIELDS, P.A. TO WITHDRAW AS COUNSEL FOR WORLD FUEL SERVICES, INC.

The undersigned hereby certifies that, as of the date hereof, Carlton Fields, P.A. ("Carlton Fields") has received no answer, objection, or other responsive pleading to the *Motion of Carlton Fields, P.A. to Withdraw as Counsel for World Fuel Services, Inc.* [D.I. 1042] (the "Motion"), filed on November 9, 2023.

The undersigned further certifies that Carlton Fields has reviewed the Court's docket in this case and that no answer, objection, or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Carlton Fields's Motion filed contemporaneously with the Motion, objections to the relief requested in the Motion were to be filed and served no later than November 23, 2023, at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline").

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

134615624.1

WHEREFORE, Carlton Fields respectfully requests that the Court enter the order attached to the Motion at its earliest convenience.

Dated: December 1, 2023  /s/Nader A. Amer
Nader A. Amer (DE Bar No. 6635)
CARLTON FIELDS, P.A.
2 MiamiCentral
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: namer@carltonfields.com

*Attorneys for World Fuel Services, Inc.*

134615624.1