IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 13-13364 (MFW) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Re: D.I. 1042** <br> ) |

**ORDER GRANTING MOTION OF CARLTON FIELDS, PA. TO WITHDRAW AS COUNSEL FOR WORLD FUEL SERVICES, INC.**

This matter came before the Court on the *Motion of Carlton Fields, PA. to Withdraw as Counsel for World Fuel Services, Inc.* [D.I. 1042] (the "Motion"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that all of the requirements of 11 U.S.C. §§ 101-1532, and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware have been satisfied; and this Court having found that the relief sought in the Motion is appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

134263095.1

it is HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. Carlton Fields, P.A. is permitted to withdraw, and is hereby deemed to have withdrawn, as counsel to World Fuel Services, Inc. in the above-captioned case;

3. World Fuel Services, Inc. is granted a thirty-day stay of any proceeding directed to WFS in this action to obtain new counsel

Dated: December 4th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

134263095.1