# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1] | Case No. 13-13364 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON DECEMBER 6, 2023 AT 2:00 P.M. (ET)

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTER

1. Motion of Carlton Fields, P.A. to Withdraw as Counsel for World Fuel Services, Inc. [Filed: 11/9/23] (Docket No. 1042).

   Response Deadline:  November 23, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a) Certificate of No Objection Regarding Motion of Carlton Fields, P.A. to Withdraw as Counsel for World Fuel Services, Inc. [Filed: 12/1/23] (Docket No. 1043).

   b) [Signed] Order Granting Motion of Carlton Fields, P.A. to Withdraw as Counsel for World Fuel Services, Inc. [Filed: 12/4/23] (Docket No. 1044).

   Status:  The order has been entered.  No hearing will be necessary.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389).  The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

2

| | |
|---|---|
| Dated:  December 4, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899-8705 (Courier 19801) |
| | Telephone:  (302) 652-4100 |
| | Facsimile:  (302) 652-4400 |
| | Email:     bsandler@pszjlaw.com |
| |               pkeane@pszjlaw.com |
| | |
| | Counsel to Alfred T. Giuliano, Chapter 7 Trustee |