**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline: TBD**<br>**Hearing Date: To be heard with TFR** |

**MOTION OF FOX ROTHSCHILD LLP FOR FIRST AND FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO THE TRUSTEE FOR THE PERIOD FEBRUARY 5, 2014 THROUGH JUNE 12, 2024**

| | |
|---|---|
| Name of Applicant: | Fox Rothschild LLP |
| Authorized to Provide Professional Services to: | Alfred T. Giuliano, Chapter 7 Trustee |
| Date of Retention: | Order entered March 25, 2014 [Docket No. 196] Effective as of February 5, 2014 |
| Period for which Final Compensation and reimbursement is sought: | February 5, 2014 through June 12, 2024 |
| Amount of Final compensation sought as actual, reasonable, and necessary: | **$35,494.00** |
| Amount of Final expense reimbursement sought as actual, reasonable, and necessary: | **$179.22** |

This is a: __X__ Final

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

Fox Rothschild LLP did not bill any time for the preparation of this First and Final fee application.

## FEE APPLICATION HISTORY

N/A

**ATTACHMENT B – LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY TIMEKEEPER**
**FOR FINAL SERVICE PERIOD**

| NAME OF PROFESSIONAL: | POSITION OF APPLICANT: | TOTAL HOURS BILLED: | HOURLY RATE: | TOTAL COMPENSATION |
|---|---|---|---|---|
| Michael G. Menkowitz | Attorney – Partner Admitted 1991 (Financial Restructuring and Bankruptcy) | 0.2<br>2.2 | $685.00<br>$650.00 | $137.00<br>$1,430.00 |
| Magdalena Schardt | Attorney – Partner Admitted 1992 (Financial Restructuring and Bankruptcy) | 3.9 | $510.00 | $1,989.00 |
| Ricardo A. Antaramian | Attorney – Associate (No longer employed at Fox Rothschild) | 5.3 | $360.00 | $1,908.00 |
| Jerold D. August | Attorney-Partner Admitted 1997 (Taxation and Wealth Planning) | 42.9 | $700.00 | $30,030.00 |
| | **TOTAL:** | **54.5** | | **$35,494.00** |



159695528.3

**ATTACHMENT B– LOCAL FORM 102/RULE 2016-2**
**COMPENSATION BY PROJECT CATEGORY**
**FOR FINAL SERVICE PERIOD**

| PROJECT CATEGORY: | TOTAL HOURS | TOTAL FEES: |
|---|---|---|
| **1 – Asset Analysis and Recovery** This category includes tasks related to the analysis of Debtors' assets and operations, including prosecution of avoidance actions | 0.0 | $0.00 |
| **2 – Asset Disposition** This category includes tasks related to the sale and other disposition of Debtors' assets | 0.0 | $0.00 |
| **3 – Case Administration** This category includes tasks related to case management, including preparing agendas and binders and finalizing pleadings for filing and service | 0.0 | $0.00 |
| **4 – Fee Application** This category includes preparing of fee applications for Fox Rothschild LLP only | 0.0 | $0.00 |
| **5 – Employee Benefit – Pensions** This category includes tasks related to administering the Debtor's 401(k) plan | 0.0 | $0.00 |
| **6 – Business Operations** | 0.0 | $0.00 |
| **7 – Claims Administration & Objections** This category includes tasks related to reviewing, litigating and resolving claims against the estate | 0.0 | $0.00 |
| **8 – Financing** | 0.0 | $0.00 |
| **9 – Plan & Disclosure Statement** | 0.0 | $0.00 |
| **10 – Relief from Stay Proceeding** This category includes tasks related to motions for stay relief | 0.0 | $0.00 |
| **11 – Tax Issues** This category includes tasks related to addressing tax issues of the estate | 50.6 | $33,505.00 |
| **12 – Objections to Fee Applications** This category includes tasks related to objections to fee applications of other professionals | 0.0 | $0.00 |
| **13 – Litigation** This category includes tasks related to litigation other than stay relief, tax or claims | 0.0 | $0.00 |
| **14 – Valuation** | 0.0 | $0.00 |
| **15 – Other** | 0.0 | $0.00 |
| **16 - Travel Time** This category includes all travel time, but the Applicant only seeks compensation for half of the time billed | 0.0 | $0.00 |

| | | |
|---|---|---|
| **17 – <u>Fee Application Preparation for Other Professionals</u>** This category includes tasks related to preparing fee applications for the Trustee's professionals other than Fox Rothschild LLP | 0.0 | $0.00 |
| **18 - <u>Employment Application Preparation</u>** This category includes tasks related to preparing employment applications for the Trustee's professionals | 3.9 | $1,989.00 |
| **19 – <u>Review of Other Professionals' Fee Applications</u>** This category includes tasks related to reviewing fee applications other than Fox Rothschild LLP | 0.0 | $0.00 |
| **TOTALS:** | **54.5** | **$35,494.00** |

**ATTACHMENT B - EXPENSE SUMMARY FOR FINAL SERVICE PERIOD**

| EXPENSE CATEGORY: | SERVICES PROVIDER | TOTAL EXPENSES: |
|---|---|---|
| Computer Assisted Legal Research | | $0.00 |
| Deposition/Transcript | | $0.00 |
| PACER | | $46.00 |
| Searches | | $0.00 |
| Court Filing Fees | | $0.00 |
| Facsimile | | $0.00 |
| Telephone | | $12.07 |
| Messenger Services | | $0.00 |
| Federal Express | | $0.00 |
| Hotel - Travel Expenses | | $0.00 |
| Meals | | $0.00 |
| Taxi/Uber | | $0.00 |
| Train | | $0.00 |
| Parking | | $0.00 |
| Publication/Research | | $0.00 |
| Photocopies @$.10 per page | | $0.00 |
| Postage | | $121.15 |
| Color Photocopies @$.80 per page | | $0.00 |
| Outside Vendor Copies | | $0.00 |
| | **Grand Total:** | **$179.22** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline: TBD**<br>**Hearing Date: To be heard with TFR** |

**MOTION OF FOX ROTHSCHILD LLP FOR FIRST AND FINAL COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO THE TRUSTEE FOR THE PERIOD FEBRUARY 5, 2014 THROUGH JUNE 12, 2024**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016 – 2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Fox Rothschild LLP ("Fox Rothschild") files this motion for an Order Granting First and Final Compensation and Reimbursement of Expenses as Special Tax Counsel to Alfred T. Giuliano, the Chapter 7 trustee (the "Trustee") for the jointly administered for estates of Evergreen International Aviation, Inc. (the "Debtors") for the Period February 5, 2014 through June 12, 2024 (the "Motion"). By this Motion, Fox Rothschild seeks final allowance of $35,494.00 as compensation for legal services rendered, and $179.22 for reimbursement of actual and necessary expenses for a total of $35,673.22 for the period February 5, 2014 through June 12, 2024 (the "Service Period").

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' address is 3850 Three Mile Lane, McMinnville, Oregon 97128.

**Jurisdiction and Venue**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. Venue of these cases and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

3. On December 31, 2013 (the "Petition Date"), the Debtors each commenced a case by filing a voluntary petition for relief in this Court under chapter 7 of the Bankruptcy Code (collectively, the "Cases"). Alfred T. Giuliano was appointed as the Trustee.

4. Based in McMinnville, Oregon, the Debtors were a privately-held global aviation services company that was a leading provider of diversified air cargo transportation and aviation support services under the Evergreen name.

5. On March 25, 2014, the Court entered the Order authorizing the employment of Fox Rothschild as Special Tax Counsel to the Trustee (the "Retention Order"), effective as of February 5, 2014 [D.I. 196]. A copy of the Retention Order is attached as Exhibit A.

6. Pursuant to the Retention Order, Fox Rothschild is authorized to be compensated at its normal and customary hourly rates upon application and approval by the Court of interim and final applications pursuant to 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the District of Delaware Local Bankruptcy Rules, and such other orders as the Court may direct.

7. Fox Rothschild submits this Motion to the Bankruptcy Court for a First and Final allowance of reasonable compensation for actual and necessary professional services provided to the Trustee and for reimbursement of actual and necessary out-of-pocket expenses incurred

during the Application Period. All included services and costs for which Fox Rothschild seeks compensation were performed for, or on behalf of, the Trustee during the Service Period.

8. Fox Rothschild seeks allowance and payment of compensation at its normal and customary hourly rates in the amount of $35,494.00 for legal services rendered during the Service Period.

9. In accordance with Del. Bankr. L.R. 2016-2, the members, associates, and paraprofessionals of Fox Rothschild who have rendered professional services in connection with this case, the position of the professional, the year admitted to practice, area of expertise, hourly rate and total hours of services rendered are listed on Attachment B, which form is included behind the cover sheet of this Motion.

10. The nature of the work performed by these persons is fully detailed in the billing entries kept by each attorney and paralegal and are attached hereto as Exhibit B and incorporated by reference herein. In accordance with Del. Bankr. L.R. 2016-2, a summary and breakdown by project category of the services performed is set forth in Attachment B.

11. In accordance with Del. Bankr. L.R. 2016-2, a summary of actual and necessary expenses incurred by Fox is also set forth in Attachment B. Furthermore, a detailed breakdown of the expenses incurred is attached hereto as part of Exhibit B and incorporated by reference herein.

12. Fox Rothschild seeks allowance and payment of $179.22 for costs and expenses incurred during the Service Period in support of its services rendered to the Trustee.

13. At all relevant times, Fox Rothschild has been a disinterested person as that term is defined in Section 101(14) of the Code and has not represented nor held any interest adverse to these estates.

14. In accordance with Del. Bankr. L.R. 2016-2, Fox Rothschild certifies that this Motion complies with the Local Rules. See Certification of Michael G. Menkowitz, Esquire attached hereto as Exhibit C and incorporated by reference herein.

15. As outlined above, the attorneys who worked on this case have various levels of expertise. From time to time these attorneys consulted with each other and other attorneys on different aspects of the case. It is submitted that this is a more efficient way to handle a case than to have a single attorney responsible for all issues and all applicable areas of law. If a single attorney were to attempt to run a case such as this, the attorney would have to learn through research what other attorneys know and can tell him/her based on their knowledge and expertise.

**Relief Requested**

16. Fox Rothschild seeks final allowance and payment of compensation at its normal and customary hourly rates in the amount of $35,494.00 for legal services rendered and $179.22 for reimbursement of actual and necessary expenses incurred during the Service Period

17. Pursuant to Section 330 of the Code, it is respectfully submitted that the amount requested by Fox Rothschild for its legal fees and costs is fair and reasonable given: (a) the complexity of the case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title. See 11 U.S.C. § 330. Furthermore, the request for reimbursement of expenses is for actual disbursements made by Fox Rothschild.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Fox Rothschild respectfully requests that the Court allow and award Fox Rothschild final compensation in the amount $35,494.00 for legal services rendered and $179.22 for reimbursement of actual and necessary expenses for a total of $35,673.22 for the period February 5, 2014 through June 12, 2024, and for such other and further relief as this Court may deem just and proper.

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone (302) 654-7444/Facsimile (302) 656-8920
sniederman@foxrothschild.com

-and-

Michael G. Menkowitz
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103-3222
Telephone (215) 299-2000/Facsimile (215) 299-2150
mmenkowitz@foxrothschild.com

Dated: June , 2024

*Attorneys for Alfred T. Giuliano, Chapter 7 Trustee*