**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| EVERGREEN INTERNATIONAL AVIATION, INC., et al.[1] | : | Case No. 13-13364 (MFW) |
| | : | |
| | : | |
| Debtors. | : | **Hearing Date: To be heard with TFR** |
| | : | **Objection Deadline: TBD** |

**NOTICE OF SECOND INTERIM AND FINAL APPLICATION OF GIULIANO MILLER AND COMPANY, LLC AS ACCOUNTANTS AND FINANCIAL ADVISORS TO THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR: (I) THE INTERIM PERIOD JANUARY 1, 2023 THROUGH MAY 28, 2025 AND (II) THE FINAL PERIOD DECEMBER 31, 2013 THROUGH MAY 28, 2025**

PLEASE TAKE NOTICE that on June 11, 2025, Giuliano Miller and Company, LLC ("GMCO" or "Applicant"), as accountants and financial advisors to the Chapter 7 Trustee for the estates of Evergreen International Aviation, Inc., *et al.* ("Trustee"), filed the attached *Second Interim and Final Application of Giuliano Miller and Company, LLC, as Accountants and Financial Advisors to the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for: (I) The Interim Period January 1, 2023 Through May 28, 2025 and (II) The Final Period December 31, 2013 Through May 28, 2025* (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court) which seeks the following relief:

PLEASE TAKE FURTHER NOTICE that Applicant seeks an allowance and payment of $111,416.50 in fees and reimbursement of $224.80 in actual expenses for a total of $111,641.30, for the period January 1, 2023 through May 28, 2025. GMCO also seeks final allowance of the

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (1052); and Supertanker Services, Inc. (3389).

fees and expenses, previously awarded on an interim basis, together with the fees and expenses for the Application Period. Thus, GMCO seeks final allowance of fees in the amount of $1,378,609.00 and expenses in the amount of $35,963.34 for a total of $1,414,572.34 for the period December 31, 2013 through May 28, 2025.

PLEASE TAKE FURTHER NOTICE that any objections or responses to the Application must be made in writing, filed with the Bankruptcy Court and served upon the undersigned, so as to actually be received by the Bankruptcy Court and the undersigned on or before **A DATE AND TIME TO BE DETERMINED**. If no objections are timely filed in accordance with the above procedures, the Applicant shall file a Certificate of No Objection with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above proceedings, a hearing on the Application will be held on **A DATE AND TIME TO BE DETERMINED WITH THE TRUSTEE'S FINAL REPORT,** before the Honorable Mary F. Walrath, United States Bankruptcy Court Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801. Only those objections made in writing, timely filed and served in accordance with the above procedures will be considered at said hearing.

Dated: June 11, 2025

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

Counsel to Alfred T. Giuliano, Chapter 7 Trustee