**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN INTERNATIONAL AVIATION | § | Case No. 13-13364-MFW |
| a/k/a EA | § | |
| | § | |
| | § | |
| Debtor(s) | | |

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Alfred T. Giuliano, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Office of the Clerk
824 Market Street, 3rd Floor
Wilmington, DE 19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 09/09/2026 in Courtroom 4, United States Courthouse, 824 Market Street, 5th Floor, Wilmington, DE 19801. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2026

By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: EVERGREEN INTERNATIONAL AVIATION a/k/a EA | § | Case No. 13-13364-MFW |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 13,832,724.65 |
| *and approved disbursements of:* | $ | 12,054,579.72 |
| *leaving a balance on hand of*[1]*:* | $ | 1,778,144.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| WF1 | Wells Fargo Bank, N.A. | 0.00 | 8,032,093.05 | 7,701,891.17 | 330,201.88 |
| 11 | Yamhill County Tax Collector | 142,813.25 | 0.00 | 0.00 | 0.00 |
| 45S | Marlin Business Bank | 4,000.00 | 0.00 | 0.00 | 0.00 |
| 47 | Bank of America, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 73 | MSN Air Service, Inc. | 29,714.40 | 0.00 | 0.00 | 0.00 |
| 80 | Banc of America Leasing Ireland Co., Limited | 7,098,858.21 | 0.00 | 0.00 | 0.00 |
| 83 | Wells Fargo Bank Northwest, National Association | 10,320,981.65 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 92 | Wells Fargo Bank Northwest, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 99 | Evergreen Vintage Aircraft | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 115 | Umpqua Bank | 1,000,000.00 | 0.00 | 0.00 | 0.00 |
| 116S | V21A-DC10, LLC | 1,500,000.00 | 0.00 | 0.00 | 0.00 |
| 125S | ACE American Insurance Company | 17,656.00 | 0.00 | 0.00 | 0.00 |
| 130S | Taikoo (Xiamen) Aircraft Eng Co. Ltd | 125,000.00 | 0.00 | 0.00 | 0.00 |
| 136S | Marana Aerospace Solutions, Inc. | 3,344,978.00 | 0.00 | 0.00 | 0.00 |
| 144 | City and County of Honolulu | 2,713.56 | 0.00 | 0.00 | 0.00 |
| 145 | City and County of Honolulu | 8,405.50 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 330,201.88
Remaining balance: $ 1,447,943.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. T. Giuliano, P.C. | 434,154.71 | 0.00 | 434,154.71 |
| Trustee, Expenses - A. T. Giuliano, P.C. | 674.79 | 0.00 | 674.79 |
| Attorney for Trustee, Expenses - Fox Rothschild LLP | 179.22 | 0.00 | 179.22 |
| Accountant for Trustee, Fees - Giuliano, Miller & Co., LLC | 1,159,570.11 | 1,009,785.91 | 149,784.20 |
| Bond Payments - International Sureties, Ltd | 6,128.22 | 6,128.22 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Administrative Rent - Hill Archive | 65,666.62 | 64,799.69 | 866.93 |
| Costs to Secure/Maintain Property - Gormley Plumbing & Mechanical | 0.00 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - Hill Archive | 21,985.49 | 21,985.49 | 0.00 |
| Costs to Secure/Maintain Property - Four & Son's Landscape Maintenance | 12,400.00 | 12,400.00 | 0.00 |
| Costs to Secure/Maintain Property - ABC Roofing Co., Inc. | 828.95 | 828.95 | 0.00 |
| Costs to Secure/Maintain Property - Andrea Avolio | 66,193.55 | 66,193.55 | 0.00 |
| Costs to Secure/Maintain Property - Marana Aerospace Solutions, Inc. | 418,141.73 | 0.00 | 418,141.73 |
| Costs to Secure/Maintain Property - Marana Aerospace Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| Costs to Secure/Maintain Property - NW Natural | 9,207.73 | 9,207.73 | 0.00 |
| Costs to Secure/Maintain Property - Willis of Oregon, Inc. | 99,904.00 | 99,904.00 | 0.00 |
| Costs to Secure/Maintain Property - Andrea Avolio | 4,513.10 | 4,513.10 | 0.00 |
| Costs to Secure/Maintain Property - McMinnville Water & Light | 58,182.52 | 58,182.52 | 0.00 |
| Costs re Sale of Property (closing costs, etc.) - Cost of Sale | 11,650.91 | 11,650.91 | 0.00 |
| Costs re Sale of Property (closing costs, etc.) - Cost of Sale - Property Taxes | 507,646.94 | 507,646.94 | 0.00 |
| Other State or Local Taxes (post-petition) - Snohomish County Treasurer | 1,079.25 | 1,079.25 | 0.00 |
| Other State or Local Taxes (post-petition) - Yamhill County, Oregon | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Achorage Capital Group LLC | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Tax Service, Inc. | 3,313.57 | 3,313.57 | 0.00 |
| Other Chapter 7 Administrative Expenses - Shanghai Wecan Freight Forwarding Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Kone, Inc. | 4,892.00 | 4,892.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Michael Infanti | 225.75 | 225.75 | 0.00 |
| Other Chapter 7 Administrative Expenses - Wells Fargo Bank, N.A. | 277.16 | 277.16 | 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Chapter 7 Administrative Expenses - Raisner Roupinian, LLP | 5,500.00 | 0.00 | 5,500.00 |
| Other Chapter 7 Administrative Expenses - Wells Fargo Bank Northwest, N.A. | 0.00 | 0.00 | 0.00 |
| Other Chapter 7 Administrative Expenses - Dept. of Consumer & Business Services | 956.48 | 956.48 | 0.00 |
| Other Chapter 7 Administrative Expenses - Indy Truck & Equipment | 18,816.38 | 0.00 | 18,816.38 |
| Other Chapter 7 Administrative Expenses - Ceridian ** | 1,871.14 | 1,871.14 | 0.00 |
| Other Chapter 7 Administrative Expenses - Eternity Logistics Co., Ltd. | 1.00 | 0.00 | 1.00 |
| Other Chapter 7 Administrative Expenses - Ceridian Payroll Trust | 19,539.78 | 19,539.78 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 2,104,170.69 | 1,862,073.33 | 242,097.36 |
| Attorney for Trustee Fees (Other Firm) - ASK LLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Hobart Linzer, LLP | 255,000.00 | 255,000.00 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Perkins Coie, LLP | 32,162.00 | 0.00 | 32,162.00 |
| Attorney for Trustee Fees (Other Firm) - Fox Rothschild LLP | 29,845.80 | 0.00 | 29,845.80 |
| Attorney for Trustee Expenses (Other Firm) - Hobart Linzer, LLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Perkins Coie, LLP | 530.10 | 0.00 | 530.10 |
| Attorney for Trustee Expenses (Other Firm) - ASK LLP | 0.00 | 0.00 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 241,051.90 | 0.00 | 79,224.49 |
| Accountant for Trustee Expenses (Other Firm) - Giuliano, Miller & Co., LLC | 35,963.34 | 0.00 | 35,963.34 |
| Realtor for Trustee Fees - CBRE, Inc. | 304,000.00 | 304,000.00 | 0.00 |
| Realtor for Trustee Fees - Windermere Real Estate/Arlington | 0.00 | 0.00 | 0.00 |
| Other Professional's Fees - ACRS Group, LLC | 0.00 | 0.00 | 0.00 |
| Other Professional's Fees - Payment Processing Services, LLC | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 1,447,943.05 |
| Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,129,650.83 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| CERIDIAN1 | Ceridian Payroll Trust | 8,749.45 | 8,749.45 | 0.00 |
| 4 | Peggy M Farr | 2,304.00 | 0.00 | 0.00 |
| 8 | MONIQUE LYNN GREGORY | 2,769.60 | 0.00 | 0.00 |
| 13 | Audra DeJong | 1,075.20 | 0.00 | 0.00 |
| 15 | Terrence R. Williams Jr. | 1,500.00 | 0.00 | 0.00 |
| 19 | Harrison Limond | 0.00 | 0.00 | 0.00 |
| 19 | Harrison Limond | 0.00 | 0.00 | 0.00 |
| 19 -2 | Harrison Limond | 1,600.00 | 0.00 | 0.00 |
| 20 | Air Line Pilots Association, International | 5,996,959.78 | 0.00 | 0.00 |
| 20 | Air Line Pilots Association, International | 0.00 | 0.00 | 0.00 |
| 23P | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 23P-2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 24P | Cigna Health and Life Insurance Company | 8,398.38 | 0.00 | 0.00 |
| 25 | Anthony J. Glasgow | 4,500.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | California Franchise Tax Board | 821.96 | 0.00 | 0.00 |
| 54 | Eventbuilder.com | 10,238.38 | 0.00 | 0.00 |
| 64 | Catherine Naomi Steffens | 1,910.74 | 0.00 | 0.00 |
| 69 | Oregon Bureau of Labor and Industries | 4,014.20 | 0.00 | 0.00 |
| 70 | Oregon Bureau of Labor and Industries | 4,014.20 | 0.00 | 0.00 |
| 72P | Charles R. Anhut | 0.00 | 0.00 | 0.00 |
| 72P-2 | Charles R. Anhut | 536.01 | 0.00 | 0.00 |
| 72P-2 | Charles R. Anhut | 3,951.20 | 0.00 | 0.00 |
| 91 | Larry Jackson | 936.00 | 0.00 | 0.00 |
| 92 | Wells Fargo Bank Northwest, N.A. | 0.00 | 0.00 | 0.00 |
| 94P | MCMINNVILLE WATER & LIGHT | 30,618.45 | 0.00 | 0.00 |
| 95 | Joseph Edward Limond | 1,664.93 | 0.00 | 0.00 |
| 96 | Xai Vang | 3,693.39 | 0.00 | 0.00 |
| 96 | Xai Vang | 0.00 | 0.00 | 0.00 |
| 98 | Zachary Charles Lukas | 1,226.88 | 0.00 | 0.00 |
| 100 | Saysana Chang | 1,693.56 | 0.00 | 0.00 |
| 101 | Seng Cheu L. Xiong | 2,597.05 | 0.00 | 0.00 |
| 101 | Seng Cheu L. Xiong | 0.00 | 0.00 | 0.00 |
| 103 | Michael George Peterson | 932.93 | 0.00 | 0.00 |
| 104 | Khamsuke W. Mua | 2,975.53 | 0.00 | 0.00 |
| 105 | Scott J. Drobnick | 3,334.99 | 0.00 | 0.00 |
| 107 | Lao Yang | 1,866.19 | 0.00 | 0.00 |
| 109 | JORGE ANTONIO CABRERA CASTANEDA | 2,476.30 | 0.00 | 0.00 |
| 110 | Michael Rindahl | 2,446.33 | 0.00 | 0.00 |
| 117 | Yee Yang | 4,451.65 | 0.00 | 0.00 |
| 124 | Arcadio Lamonz Torrez | 1,432.84 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 128P | CHRISTOPHER T. RYAN | 11,363.66 | 0.00 | 0.00 |
| 140 | Seng Cheu L. Xiong | 2,597.05 | 0.00 | 0.00 |
| 148P | 21746441 Ontario, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $147,495,132.76 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CDW | 2,275.59 | 0.00 | 0.00 |
| 2 | Monster Worldwide Inc. | 0.00 | 0.00 | 0.00 |
| 2 -2 | Monster Worldwide Inc. | 8,500.00 | 0.00 | 0.00 |
| 3 | WALTER E NELSON CO | 4,426.80 | 0.00 | 0.00 |
| 5 | AMERICAN LEAK DETECTION | 1,123.60 | 0.00 | 0.00 |
| 6 | LIONEL SAWYER & COLLINS | 3,225.00 | 0.00 | 0.00 |
| 7 | Mary B. Errand | 1,738.08 | 0.00 | 0.00 |
| 9 | Lane Powell PC | 14,663.74 | 0.00 | 0.00 |
| 10 | FLGH, LLC (DBA Poseyland Florist) | 1,656.00 | 0.00 | 0.00 |
| 12 | Sabre Holdings Corporation | 132,868.74 | 0.00 | 0.00 |
| 14 | Dixie Aire Title Service, Inc. | 3,057.50 | 0.00 | 0.00 |
| 16 | Softchoice | 31,188.14 | 0.00 | 0.00 |
| 17 | Moody's Investors Service, Inc. | 73,951.50 | 0.00 | 0.00 |
| 18 | Ceridian | 244.36 | 0.00 | 0.00 |
| 19 | Harrison Limond | 0.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | City of Chicago | 411,525.55 | 0.00 | 0.00 |
| 22 | Clanford Laidley | 1,956.00 | 0.00 | 0.00 |
| 23U | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 23U-2 | Department of the Treasury | 0.00 | 0.00 | 0.00 |
| 24U | Cigna Health and Life Insurance Company | 403,845.98 | 0.00 | 0.00 |
| 26 | City Waste Services of New York, Inc. | 13,799.31 | 0.00 | 0.00 |
| 27 | Jacques Jackson | 2,500.00 | 0.00 | 0.00 |
| 28 | Barber & Company | 14,889.23 | 0.00 | 0.00 |
| 29 | Western Oilfields Supply Co. Inc. | 54,108.95 | 0.00 | 0.00 |
| 30U | Eternity Logistics Co., Ltd. | 265,967.57 | 0.00 | 0.00 |
| 31 | Sprint | 1,678.22 | 0.00 | 0.00 |
| 32 | S&S Vending Co. | 2,131.65 | 0.00 | 0.00 |
| 33 | CHEMOIL CORPORATION D/B/A CHEMOIL AVIATION | 1,981,447.42 | 0.00 | 0.00 |
| 34U | Shanghai Wecan Freight Forwarding Co., Ltd. | 546,517.24 | 0.00 | 0.00 |
| 35 | Omaha Airport Authority | 37,877.70 | 0.00 | 0.00 |
| 36 | Boeing Aircraft Holding Company | 0.00 | 0.00 | 0.00 |
| 38 | Progressive Waste Solutions of FL Inc. | 1,857.40 | 0.00 | 0.00 |
| 39 | St Aerospace Services Co. PTE, Ltd. | 3,614,632.16 | 0.00 | 0.00 |
| 40 | St Aerospace Mobile, Inc. | 3,614,632.16 | 0.00 | 0.00 |
| 41 | Max's Automatic Transmission Service | 1,165.00 | 0.00 | 0.00 |
| 42 | Sprint Corporation | 0.00 | 0.00 | 0.00 |
| 42 -2 | Sprint Corporation | 43,356.69 | 0.00 | 0.00 |
| 43 | Syed Saeed R. Zaidi | 26,357.73 | 0.00 | 0.00 |
| 44 | US Bank NA dba US Bank Equipment Finance | 77,115.14 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 45U | Marlin Business Bank | 111,963.94 | 0.00 | 0.00 |
| 46 | Mark P. Krukowski | 2,803.18 | 0.00 | 0.00 |
| 48 | Lufthansa Systems AG | 60,260.82 | 0.00 | 0.00 |
| 49 | American InfoSource LP as agent for | 22,772.42 | 0.00 | 0.00 |
| 50 | The Battery Source Inc DBA Batteries Plus Bulbs | 1,509.07 | 0.00 | 0.00 |
| 51 | Wells Fargo Bank Northwest, National Association | 0.00 | 0.00 | 0.00 |
| 51 -2 | Wells Fargo Bank Northwest, National Association, | 17,805,279.37 | 0.00 | 0.00 |
| 52 | Advanced Grower Solutions, LLC | 0.00 | 0.00 | 0.00 |
| 52 -2 | Advanced Grower Solutions, LLC | 14,875.00 | 0.00 | 0.00 |
| 53 | Imperial Office Solutions | 969.95 | 0.00 | 0.00 |
| 55 | Skyport Service Corporation | 533,581.33 | 0.00 | 0.00 |
| 56 | Cosmo Oil Co., Ltd. | 397,385.17 | 0.00 | 0.00 |
| 57 | Israel Aerospace Industries Ltd. | 3,901,470.15 | 0.00 | 0.00 |
| 58 | Perkins Coie, LLP | 230,592.72 | 0.00 | 0.00 |
| 59 | Hennigan Dorman LLP | 552,006.25 | 0.00 | 0.00 |
| 60 | International Air Cargo Terminal Co., Ltd. | 199,944.18 | 0.00 | 0.00 |
| 61 | Federal Insurance Company | 54,484.85 | 0.00 | 0.00 |
| 62 | The Port Authority of New York and New Jersey | 2,064,750.30 | 0.00 | 0.00 |
| 63 | McKool Smith Hennigan, P.C. | 203,656.52 | 0.00 | 0.00 |
| 65 | AIG Property Casualty, Inc. | 0.00 | 0.00 | 0.00 |
| 66 | Capital Advance Leasing, Inc. | 562,664.96 | 0.00 | 0.00 |
| 67 | Capital Advance Leasing, Inc. | 59,040.89 | 0.00 | 0.00 |
| 68 | J&J Air Freight Trucking Co. | 36,000.00 | 0.00 | 0.00 |
| 71 | Michael Anderson | 0.00 | 0.00 | 0.00 |
| 71 -2 | Michael Anderson | 1,074.29 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 72U | Charles R. Anhut | 0.00 | 0.00 | 0.00 |
| 72U-2 | Charles R. Anhut | 4,346.32 | 0.00 | 0.00 |
| 74 | Long Lee | 1,747.07 | 0.00 | 0.00 |
| 75 | Westley A Lacina | 684.00 | 0.00 | 0.00 |
| 76 | Jerico G Dizon | 0.00 | 0.00 | 0.00 |
| 77 | Xai Vang | 3,693.39 | 0.00 | 0.00 |
| 78 | United Healthcare Insurance Company | 264,716.26 | 0.00 | 0.00 |
| 79 | BARRAN LIEBMAN LLP | 307,258.80 | 0.00 | 0.00 |
| 81 | Sabre Holdings Corporation | 132,868.74 | 0.00 | 0.00 |
| 82 | AT&T Mobility II LLC | 43,949.82 | 0.00 | 0.00 |
| 84 | GC Air, LLC | 0.00 | 0.00 | 0.00 |
| 84 -2 | Radiance Capital Receivables Twenty LLC | 8,897,947.58 | 0.00 | 0.00 |
| 85 | CenturyLink Communications, LLC | 927.85 | 0.00 | 0.00 |
| 86 | J&J International LLC | 36,000.00 | 0.00 | 0.00 |
| 87 | Bartling Insurance Group, Inc. | 0.00 | 0.00 | 0.00 |
| 87 -2 | Bartling Insurance Group, Inc. | 278,654.84 | 0.00 | 0.00 |
| 88 | Wise Tire & Brake Co., Inc. | 478.98 | 0.00 | 0.00 |
| 89 | Illinois Bell Telephone Company | 581.78 | 0.00 | 0.00 |
| 90 | BellSouth Telecommmunications, Inc. | 425.57 | 0.00 | 0.00 |
| 92 | Wells Fargo Bank Northwest, N.A. | 0.00 | 0.00 | 0.00 |
| 93 | United Parcel Service, Inc. | 180,561.53 | 0.00 | 0.00 |
| 94U | MCMINNVILLE WATER & LIGHT | 13,212.77 | 0.00 | 0.00 |
| 97 | Triumph Air Repair | 671,073.58 | 0.00 | 0.00 |
| 102 | Cody Drobnick | 3,849.88 | 0.00 | 0.00 |
| 106 | Brian Krueger | 2,841.44 | 0.00 | 0.00 |
| 108 | Lao Yang | 5,150.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 111 | Saudi Arabian Airlines | 0.00 | 0.00 | 0.00 |
| 112 | Pillsbury Winthrop Shaw Pittman LLP | 76,019.60 | 0.00 | 0.00 |
| 113 | Avion Aircraft Trading ehf | 6,348,274.00 | 0.00 | 0.00 |
| 114 | CAVOK, a division of Oliver Wyman, Inc. | 98,618.70 | 0.00 | 0.00 |
| 116U | V21A-DC10, LLC | 2,910,677.52 | 0.00 | 0.00 |
| 118 | Emilio Ortiz Jr. | 3,920.32 | 0.00 | 0.00 |
| 119 | Nicholas Paul Johnson | 1,303.04 | 0.00 | 0.00 |
| 120 | Richard Vang | 1,814.43 | 0.00 | 0.00 |
| 121 | Pacific Bell Telephone Company | 76.00 | 0.00 | 0.00 |
| 122 | Southwestern Bell Telephone Company | 1.43 | 0.00 | 0.00 |
| 123 | Dane E. Johnson | 2,034.45 | 0.00 | 0.00 |
| 125U | ACE American Insurance Company | 269,525.00 | 0.00 | 0.00 |
| 126 | Timothy G. Wahlberg | 19,166.79 | 0.00 | 0.00 |
| 127 | Wahlberg Aviation Services, LLC | 7,762.50 | 0.00 | 0.00 |
| 128U | CHRISTOPHER T. RYAN | 13,738.71 | 0.00 | 0.00 |
| 129 | Westchester Fire Insurance Company | 0.00 | 0.00 | 0.00 |
| 129 -2 | Westchester Fire Insurance Company | 3,172,575.00 | 0.00 | 0.00 |
| 130U | Taikoo (Xiamen) Aircraft Eng Co. Ltd | 5,964,455.73 | 0.00 | 0.00 |
| 131 | GHP Horwath, P.C. | 73,000.00 | 0.00 | 0.00 |
| 132 | DMS Properties | 110,000.00 | 0.00 | 0.00 |
| 133 | Delford M. Smith | 249,673.74 | 0.00 | 0.00 |
| 134 | Evergreen Holdings, Inc. | 52,023,424.84 | 0.00 | 0.00 |
| 135 | Delford M. Smith | 1,270,000.00 | 0.00 | 0.00 |
| 136U | Marana Aerospace Solutions, Inc. | 25,314,843.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 137 | Thomson Reuters | 100.00 | 0.00 | 0.00 |
| 138 | Jesus Rodriguez | 2,501.00 | 0.00 | 0.00 |
| 139 | Fortbrand Services, Inc. | 178,526.28 | 0.00 | 0.00 |
| 141 | Rorie Felton | 660.00 | 0.00 | 0.00 |
| 142 | Anthony Edsall | 2,765.87 | 0.00 | 0.00 |
| 143 | Zachary Charles Lukas | 1,220.99 | 0.00 | 0.00 |
| 150 | Hillsborough County Aviation Authority | 233,118.11 | 0.00 | 0.00 |
| 155 | Sabre GLBL, Inc. | 20,000.00 | 0.00 | 0.00 |
| 156 | AT&T Services, Inc. & AT&T Mobility II, LLC | 51,000.00 | 0.00 | 0.00 |
| 157 | Core Transport Technologies, Inc. | 10,000.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $78,233,510.09 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 146 | Crane Worldwide Logistics | 21,732.30 | 0.00 | 0.00 |
| 147 | Ansett Aircraft Spares & Services | 29,319.79 | 0.00 | 0.00 |
| 148U | 21746441 Ontario, Inc. | 0.00 | 0.00 | 0.00 |
| 153 | Japan Civil Aviation Breau, MLIT | 78,182,458.00 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Alfred T. Giuliano
Trustee

Alfred T. Giuliano
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
(856) 767-3000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.