**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EVERGREEN INTERNATIONAL AVIATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 13-13364 (MFW)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 850, 851, 1055, 1059, 1076, 1080** |

**Objection Deadline: September 3, 2026 at 4:00 p.m. (ET)**
**Hearing Date: September 9, 2026 at 2:00 p.m. (ET)**

**NOTICE OF HEARING TO CONSIDER FINAL APPROVAL AND ALLOWANCE OF FEE APPLICATIONS**

TO: (a) Office of the United States Trustee; (b) those persons who have requested notice pursuant to Bankruptcy Rule 2002; and (c) affected parties.

**PLEASE TAKE NOTICE** that a hearing to consider final approval and allowance of the fee applications (the "Fee Applications") filed in these cases (as specifically set forth on **Exhibit A** hereto) will be held on **September 9, 2026 at 2:00 p.m. prevailing Eastern Time**, before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Fee Applications, must be made in writing, and be filed with the United States Bankruptcy Court for

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Evergreen International Aviation, Inc. (9079); Evergreen Aviation Ground Logistics Enterprise, Inc. (6736); Evergreen Defense & Security Services, Inc. (0118); Evergreen International Airlines, Inc. (7870); Evergreen Systems Logistics, Inc. (0610); Evergreen Trade, Inc. (0952); and Supertanker Services, Inc. (3389). The Debtors' former address was 3850 Three Mile Lane, McMinnville, Oregon 97128.

the District of Delaware (the "Bankruptcy Court"), 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 3, 2026 at 4:00 p.m. Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the parties to the affected Fee Applications.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATIONS WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** that you may obtain a full copy of any of the Fee Applications set forth on **Exhibit A** by contacting the undersigned counsel for the Chapter 7 Trustee.

Dated: August 20, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*