# Exhibit A

| Date Filed | Dkt. No. | Applicant | Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| 10/24/24 | 1059 | **Counsel to the Trustee**<br>Pachulski Stang Ziehl & Jones LLP | 12/31/13 – 06/30/24 | $3,172,252.82 | $249,256.40 | $3,421,509.22 |
| 6/18/24 | 1055 | **Special Counsel to the Trustee**<br>Fox Rothschild LLP | 02/05/14 – 06/12/24 | $35,494.00 | $179.22 | $35,673.22 |
| 3/23/17<br>3/31/17 | 850<br>851 | **Special Counsel to the Trustee**<br>Hobart Linzer LLP | 01/01/14 – 03/23/17 | $255,000.00 | $0.00 | $255,000.00 |
| 8/20/26 | 1080 | **Special Counsel to the Trustee**<br>ASK LLP | 07/21/14 – 06/30/18 | $294,812.37 | $7,113.83 | $301,926.20 |
| 6/11/25 | 1076 | **Accountants to the Trustee**<br>Giuliano Miller and Company, LLC | 12/31/13 – 05/28/25 | $1,378,609.00 | $35,963.34 | $1,414,572.34 |